UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. **00-6029**
26 U.S.C. §7201

**CR-ROETTGER**

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA )
)
vs. )
)
MARK J. NEUROHR, )
)
            Defendant. )
_____ )

## INDICTMENT

The Grand Jury charges that:

### COUNT I

During the calendar year 1993, at Broward County, in the Southern District of Florida, the defendant,

**MARK J. NEUROHR,**

a resident of Fort Lauderdale, Florida, had and received taxable income in the sum of approximately $28,000.00; that upon said taxable income there was, owing to the United States of America, an income tax of approximately $4,000.00, whereupon the defendant,

**MARK J. NEUROHR,**

beginning on or about February 12, 1993, and continuing at least until on or about November 12, 1996, in the Southern District of Florida, did knowingly and willfully attempt to evade and defeat

approximately $3,900.00 of the said income tax due and owing by him
to the United States of America for said calendar year by filing a
false W-4 Form through his employer, the City of Hallandale, filing
a false income tax return, and failing to pay the income tax due
thereon, to any proper officer of the Internal Revenue Service, as
required by law, and otherwise concealing and attempting to conceal
from all proper officers of the United States his true and correct
income and tax due thereon; all in violation of Title 26, United
States Code, Section 7201.

<u>COUNT II</u>

During the calendar year 1994, at Broward County, in the
Southern District of Florida, the defendant,

**MARK J. NEUROHR,**

a resident of Fort Lauderdale, Florida, had and received taxable
income in the sum of approximately $36,000.00; that upon said
taxable income there was, owing to the United States of America, an
income tax of approximately $5,400.00, whereupon the defendant,

**MARK J. NEUROHR,**

on or about February 1, 1994, and continuing at least until on or
about November 12, 1996, in the Southern District of Florida, did
knowingly and willfully attempt to evade and defeat approximately
$5,200.00 of the said income tax due and owing by him to the United
States of America for said calendar year by filing a false W-4 Form
through his employer, the City of Hallandale, filing a false income
tax return and failing to pay the income tax due thereon, to any

proper officer of the Internal Revenue Service, as required by law, and otherwise concealing and attempting to conceal from all proper officers of the United States his true and correct income and tax due thereon; all in violation of Title 26, United States Code, Section 7201.

### COUNT III

During the calendar year 1995, at Broward County, in the Southern District of Florida, the defendant,

**MARK J. NEUROHR,**

a resident of Fort Lauderdale, Florida, had and received taxable income in the sum of approximately $48,000.00; that upon said taxable income there was, owing to the United States of America, an income tax of approximately $8,300.00, whereupon the defendant,

**MARK J. NEUROHR,**

on or about ~~March 24,~~ January 12 1995, and continuing at least until on or about November 12, 1996, in the Southern District of Florida, did knowingly and willfully attempt to evade and defeat approximately $7,400.00 of the said income tax due and owing by him to the United States of America for said calendar year by filing a false W-4 Form through his employer, the City of Hallandale, filing a false income tax return and failing to pay the income tax due thereon, to any proper officer of the Internal Revenue Service, as required by law, and otherwise concealing and attempting to conceal from all

proper officers of the United States his true and correct income and tax due thereon; all in violation of Title 26, United States Code, Section 7201.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
MATTHEW MENCHEL
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.

MARK J. NEUROHR

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information**:

**Court Division**: (Select One)

New Defendant(s) _____ Yes _____ No
    Number of New Defendants _____
    Total number of counts _____

_____ Miami    _____ Key West
_X_ FTL    _____ WPB    _____ FTP

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:    (Yes or No)  _No_____
    List language and/or dialect  _____

4.    This case will take  _4___ days for the parties to try.

5.    Please check appropriate category and type of offense listed below:
    (Check only one)                (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | X | Petty | _____ |
| II | 6 to 10 days | _____ | Minor | _____ |
| III | 11 to 20 days | _____ | Misdem. | _____ |
| IV | 21 to 60 days | _____ | Felony | _X_ |
| V | 61 days and over | _____ | | |

6.    Has this case been previously filed in this District Court? (Yes or No)    _No__
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter?    (Yes or No)  _No_____
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____    District of _____

Is this a potential death penalty case? (Yes or No) _____No_____

7.    Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _X_ Yes
_ No    If yes, was it pending in the Central Region? _X_ Yes _ No

_____
MATTHEW MENCHEL
ASSISTANT UNITED STATES ATTORNEY
Court Id. No.  A5500407

*Penalty Sheet(s) attached

REV.4/7/99

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

Defendant Name:    **Mark J. Neurohr**              Case No.: _____

===============================    ==========================================

Counts #I-III:
 Attempt to evade or defeat tax; 26:7201

*Max Penalty:    5 years' maximum imprisonment; $250,000 fine; costs of prosecution

==========================================================================
Count #:



**Max. Penalty:**
==========================================================================
Count #



**Max. Penalty:**
==========================================================================
Count #:



**Max. Penalty:**
==========================================================================
Count #:



**Max. Penalty:**
==========================================================================


==========================================================================


*Refers only to possible term of incarceration, does not  include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.