AO 442 (Rev. 12/85) Warrant for Arrest  AUSA MATTHEW MENCHEL - IRS CID S/A RENNE IANTOSCA

## *United States District Court*

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

MARK J. NEUROHR,

TO:    The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 00-6029
CR-ROETTGER

MAGISTRATE JUDGE
SNOW

FILED by _____ D.C.

FEB  1 200()

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

YOU ARE HEREBY COMMANDED to arrest _____ MARK J. NEUROHR

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)    tax evasion for the years 1993-1995

in violation of Title __26__  United States Code, Section(s) __7201__

| | |
|---|---|
| CLARENCE MADDOX | COURT ADMINISTRATOR\CLERK OF THE COURT |
| Name of Issuing Officer | Title of Issuing Officer |
| *Signature of Issuing Officer* | 2-1-00           Fort Lauderdale, Florida |
| | Date and Location |

Bail fixed at  #75,000 Corp Surety by _Luana S. Snow_

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ MARK JOSEPH NEUROHR _____

ALIAS: _____ NONE KNOWN _____

LAST KNOWN RESIDENCE: __ 115 Hendricks Isle, #1, Ft. Lauderdale, Fl. 33301 _____

LAST KNOWN EMPLOYMENT: __ City of Hallandale Fire Department _____

PLACE OF BIRTH: __Pennsylvania _____

DATE OF BIRTH: __April 6, 1957 _____

SOCIAL SECURITY NUMBER: __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 _____

HEIGHT: _____ WEIGHT: _____

SEX: __Male _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: ___IRS CID, S/A _____

RENEE IANTOSCA (954) 725- 1959, 300 Lock Road, Deerfield Beach, Florida 33442 _____