UNITED STATES DISTRICT COURT
Southern District of Florida

FILED by _____ D.C.
FEB - 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

U.S. Marshal # _____

UNITED STATES OF AMERICA )
        Plaintiff ) Case Number: CR 00-6029-Roettger
                  ) REPORT COMMENCING CRIMINAL
   -vs-            )         ACTION
                  )
Mark J. Neurchr )
        Defendant             53-184-0011

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court        (circle one)

NOTE:  CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1)  Date and Time of Arrest: Monday, February 7, (am)/pm 7:30 AM

(2)  Language Spoken: English

(3)  Offense(s) Charged: 26 US 7201 - Attempt to evade or defeat tax

(4)  U.S. Citizen [✓] Yes  [ ] No  [ ] Unknown

(5)  Date of Birth: 04/06/57

(6)  Type of Charging Document: (check one)
    [✓] Indictment  [ ] Complaint  To be filed/Already filed
    Case# 00-6029

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: Southern District of Florida

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $ _____
Who set Bond: _____

(7)  Remarks: _____

(8)  Date: 2-7-00    (9) Arresting Officer: S/A Renee Iantusca
(10) Agency: IRS-CID    (11) Phone: (954) 725-1959
(12) Comments: _____