COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: MARK J. NEUROHR (J)          CASE NO: 00-6029-CR-ROETTGER

AUSA: MATTHEW MENCHEL / Thompson   ATTY: _____

AGENT: IRS                          VIOL: 26:7201

PROCEEDING I/A SEALED INDICTMENT   RECOMMENDED BOND 75,000 CORP SURETY

BOND HEARING HELD - yes/(no)       COUNSEL APPOINTED _____

BOND SET @ 75,000 PSB

SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS / x's a (wk)/month by phone; / x's a wk/(month) in person
3) Travel extended to:

Gov't moved to Unseal - Granted

deft to retain Csel

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL: 2-14 / 11 BSS
                         PTD/BOND HRG:
                         PRELIM/ARRAIGN: 2-14 / 11 BSS
                         REMOVAL HRG:
                         STATUS CONF:

Date: 2/7/00    Time 11:00    FTL/LSS TAPE #00- 007    Begin: 2:30    End: 4:05

*FILED by D.C. FEB 7 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*