AO 442 (Rev. 12/85) Warrant for Arrest AUSA MATTHEW MENCHEL IRS
Case 0:00-cr-06029-WJZ Document 10 Entered on FLSD Docket 02/09/2000 Page 1 of 1

449572

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

MARK J. NEUROHR,

## WARRANT FOR ARREST

CASE NUMBER: 00-6029 CR-ROETTGER

MAGISTRATE JUDGE SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **MARK J. NEUROHR**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense) tax evasion for the years 1993-1995

in violation of Title **26** United States Code, Section(s) **7201**

'00 FEB -8 P2:37

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

[signature]
Signature of Issuing Officer

2-1-00 Fort Lauderdale, Florida
Date and Location

Bail fixed at **$75,000 Corp Surety** by **Lurana S. Snow**
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at Hallandale, FL |

| DATE RECEIVED 02/01/2000 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 02/07/2000 | James A. Tassone, USM FOR: IRS | Fred DePompa, SDUSM |