COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

CASE NO: 00-6029-CR-Roettger

DEFT: Mark Neurohr (B)
ATTNY: Matthew Menchel [signature: Benkle Jr]
USA: [signature: Terry Thompson]
VIOL:
AGENT:
BOND REC:
PROCEEDING: Inquiry re Counsel/Arraignment
COUNSEL APPOINTED:

FILED by ___ D.C.
FEB 14 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

BOND HEARING HELD - yes/no
BOND SET @ _____

CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
(2) ___ Halfway House
___ Electronic Monitoring

∆ - wants to proceed pro se
needs a few days to think about it.

Residence:
1850 NE 26th Ave.
Ft. L. 33305

NEXT COURT APPEARANCE:
INQUIRY RE COUNSEL: DATE: 2-22-00  TIME: 11:00am  JUDGE: BSS
PTD/BOND HEARING: 2-22-00  11:00am  BSS
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:
DATE: 2-14-00  TIME: 11:00am  TAPE # 00-013  PG # 728-