COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Mark Neurohr (B)  CASE NO: 00-6029-CR-Roettger
AUSA: Terry Thompson *Flanegan*   ATTNY:
AGENT:   VIOL:
PROCEEDING: Inquiry re Counsel/Arraignment   BOND REC:
BOND HEARING HELD - yes/no
___ BOND SET @   COUNSEL APPOINTED: CJA-Hary ~~Colling~~ Richard Moore who present in court
CO-SIGNATURES:
SPECIAL CONDITIONS:

FILED FEB 22 2000 CLARENCE MADDOX CLERK U.S. DIST CT. S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

~~Δ~~

Δ - found partially indigent Must deposit $500 into registry w/in 60 days

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL: Status Conference 3-8-00  11:00am  SNOW
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE: partial indigence  4-19-00  11:00am  BSS

DATE: 2-22-00   TIME: 11:00am   TAPE # 00-014 PG # 3412-3440 recalled 11-225