

FILED by ___ D.C.
FEB 22 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6029-CR-Roettger

UNITED STATES OF AMERICA

vs

Mark Neurohr                                ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on _____ where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date

DEFENDANT:           Address: __SEE BOND_____

                    _____

                    Telephone: _____

DEFENSE COUNSEL:    Name: ___Richard Moore_____

                    Address: _____

                    _____

                    Telephone: _____

BOND SET/CONTINUED:  $____Cont'd on bond as set____

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __22__ day of __February__, 20_00_.

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK
By /s/ _____
    Deputy Clerk

Tape No. __00-014/015__

cc: Clerk for Judge
    U. S. Attorney