UNITED STATES OF AMERICA,  
                            UNITED STATES DISTRICT COURT  
                            SOUTHERN DISTRICT OF FLORIDA  

Case No.: 00-6029-CR-ROETTGER  

v.                            **ORDER OF RECUSAL**

MARK J. NEUROHR,

      Defendant.  
_____/

      THE UNDERSIGNED JUDGE, to whom the above-styled case has been assigned, upon taking senior status pursuant to 28 U.S.C. § 371 hereby recuses himself and refers the case to the Clerk of the Court for reassignment in accordance with General Rule 3.6 of the Local Rules for the United States District Court for the Southern District of Florida.

      DONE AND ORDERED at Fort Lauderdale, Florida, this 17 day of Feb, 2000.

                                      NORMAN C. ROETTGER  
                                      UNITED STATES DISTRICT COURT JUDGE

      In accordance with the Local Rules for the Southern District of Florida providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of Judge WILLIAM J. ZLOCH.

Copies of this Order shall be served on all pending parties of record by United States mail. All documents for filing in this case shall carry the following case number and designation: 00-6029-CR-ZLOCH.

**BY ORDER** of Court this 23rd day of February, 2000 in Fort Lauderdale, Florida.

CLARENCE MADDOX, CLERK

By: _____

cc: Honorable Judge Norman C. Roettger, Jr.
    Honorable Judge William J. Zloch
    Matthew Menchel, AUSA

    Michael Moore, Esq.