UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6029-CR-ZLOCH/SELTZER

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARK NEUROHR,

    Defendant.
_____/



## REPORT AND RECOMMENDATION TO DISTRICT JUDGE

THIS CAUSE is before the Court upon the Government's Motion to Strike Notice of Defendant's Choice of Non-Lawyer Legal Assistant and Motion to Dismiss/Quash filed February 23, 2000. On February 11, 2000, Defendant filed a forty-one (41) page Notice of Defendant's Choice of Non-Lawyer Legal Assistant ("Notice"), requesting that paralegal Craig L. Klopenstine represent Defendant herein. On that same date, Defendant also filed a thirty-four (34) page Motion to Dismiss/Quash ("Motion"). The Government now moves to strike both the Notice and Motion as Defendant filed them in violation of Local Rule 7.1.C.2, S.D. Fla. Local Rule 7.1.C.2 prohibits a party from filing any legal memorandum exceeding twenty (20) pages without prior permission of the Court. Defendant neither sought nor received the permission of the Court to file his forty-one (41) page Notice or his thirty-four (34) page Motion. Accordingly, the undersigned RECOMMENDS that the Court grant the Government's motion and strike



from the record Defendant's Notice of Defendant's Choice of Non-Lawyer Legal Assistant[1] and Defendant's Motion to Dismiss/Quash.

The parties will have ten (10) days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with the Honorable William J. Zloch, United States District Judge. Failure to file objections timely shall bar the parties from a de novo determination by the District Judge of an issue covered in the report and shall bar the parties from attacking on appeal factual findings accepted or adopted by the District Court except upon grounds of plain error or manifest justice. See 28 U.S.C. § 636(b)(1); LoConte v. Dugger, 847 F.2d 745, 750 (11th Cir.), cert. denied, 488 U.S. 958, 109 S.Ct. 397, 102 L.Ed.2d 386 (1988); Nettles v. Wainwright, 677 F.2d 404, 410 (5th Cir. Unit B 1982)(en banc).

DONE AND SUBMITTED at Fort Lauderdale, Florida, this 25 day of February 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable William J. Zloch

---

[1] The undersigned notes that the Notice appears to be moot as Defendant requested and received appointment of counsel pursuant to the Criminal Justice Act on February 22, 2000.

Richard Moore, Esq.
The White Building
One N.E. 2nd Ave.
Suite 206
Miami, FL 33132

Matthew I. Menchel, Esq.
Assistant U.S. Attorney
500 E. Broward Blvd.
Suite 700
Fort Lauderdale, FL 33394