UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6029-CR-ROETTGER/SNOW

UNITED STATES OF AMERICA )
)
vs. )
)
MARK NEUROHR, )
)
Defendant. )
_____)

NIGHT BOX
FILED

FEB 23 2000

CARLOS JUENKE
CLERK, USDC / SDFL / FTL

## MOTION TO STRIKE NOTICE OF DEFENDANT'S
## CHOICE OF NON-LAWYER LEGAL ASSISTANT
## AND MOTION TO DISMISS/QUASH, AND
## INCORPORATED MEMORANDUM OF LAW

The United States of America, by and through undersigned counsel, hereby moves this Honorable Court to strike Defendant's Notice of Defendant's Choice of Non-Lawyer Legal Assistant and Motion to Dismiss/Quash. The reasons for this motion are as follows:

1. On February 11, 2000, defendant filed his Notice of Defendant's Choice of Non-Lawyer Legal Assistant ("Notice"). Review of this document reveals that in reality it is a motion to allow paralegal Craig L. Klopenstine to represent defendant in this case. This document is forty-one pages long.

2. Defendant filed his Motion to Dismiss/Quash on February 11, 2000 ("Motion"). Review of this document reveals that although the document contains sub-titled parts within it purporting to be affidavits and other exhibits, the document is in reality a thirty-four page filing purporting to provide legal support for defendant's motion to dismiss this case.

3. Local Rule 7.1.C.2, S.D. Fla., provides, in relevant part,

> Absent prior permission of the Court, no party shall file any legal memorandum exceeding twenty (20) pages in length . . . . The practice of filing multiple motions for partial summary judgment which are collectively intended to dispose of the case (as opposed to one comprehensive motion for summary judgment) in order to evade memorandum page limitations is specifically prohibited.

4. Defendant neither sought nor received the permission of the Court to file his forty-one page document purporting to provide legal support for his Notice before filing his Notice. Because the Notice fails to comply with Local Rule 7.1.C.2, S.D. Fla., the United States respectfully submits that the Notice should be stricken.[1]

5. Defendant neither sought nor received the permission of the Court to file his thirty-four page document purporting to provide legal support for his Motion before filing his Motion. Because the Motion fails to comply with Local Rule 7.1.C.2, S.D. Fla., the United States respectfully submits that the Motion should be stricken.

6. Should the Court desire substantive briefing on the defendant's Notice and Motion, the United States stands prepared to file appropriate responses to the defendant's Notice and Motion.

For the foregoing reasons, the United States of America respectfully submits that the Court should grant its Motion to Strike Defendant's Notice of Defendant's Choice of Non-Lawyer Legal

---

[1] Additionally, the United States notes that the Notice appears to be moot, as defendant requested and received appointment of counsel pursuant to the Criminal Justice Act on Tuesday, February 22, 2000.

Assistant and Motion to Dismiss/Quash.

                          Respectfully submitted,

                          THOMAS E. SCOTT
                          UNITED STATES ATTORNEY

By: _____
      Matthew I. Menchel
      Assistant United States Attorney
      Court ID No. A550407
      500 E. Broward Blvd., Suite 700
      Fort Lauderdale, Florida 33394
      Tel: 954-356-7255 ext. 3596
      Fax: 954-356-7336

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by first-class United States mail, postage prepaid, this **23** day of February, 2000, to Richard Moore, Esq., The White Building, One N.E. 2nd Avenue, Suite 206, Miami, Florida 33132.

                          _____
                          Matthew I. Menchel
                          Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6029-CR-ROETTGER/SNOW

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| MARK NEUROHR, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## ORDER

This cause came before the Court on the Motion of the United States to Strike Defendant's Notice of Defendant's Choice of Non-Lawyer Legal Assistant and Motion to Dismiss/Quash. Upon consideration of the Motion of the United States and the entire record herein,

It is hereby ORDERED that the Motion of the United States to Strike Defendant's Notice of Defendant's Choice of Non-Lawyer Legal Assistant and Motion to Dismiss/Quash is hereby GRANTED. The Defendant's Notice of Defendant's Choice of Non-Lawyer Legal Assistant and Motion to Dismiss/Quash are hereby stricken from the record.

SO ORDERED.

_____
NORMAN ROETTGER
U.S. DISTRICT COURT JUDGE

cc: Richard Moore, Esq.
The White Building
One N.E. 2nd Avenue, Suite 206
Miami, Florida 33132

Matthew I. Menchel
United States Attorney's Office
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394