HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __ALEXANDRE PEREIRA_____ CASE NO: __00-6042-CR-ZLOCH_____

AUSA __BERTHA MITRANI / Powell__ ATTY __SAM RABIN - in trial__

pres

RICHARD MOORE, ESQ. FOR JONATHAN FREDERICKS

Disc given out in court. SS Indict
to be filed - motions due March 24    @ 760

DEFT __PAUL HOWELL_____ CASE NO: __00-6023-CR-DIMITROULEAS__

AUSA __ROGER POWELL  pres__ ATTY __MIKE HURSEY  pres__

Disc out - 4 tapes - 4 to 5 day trial
possible plea - motions due March 15.  @ 907

DEFT __MARK NEUROHR_____ CASE NO: __00-6029-CR-ROETTGER__

AUSA __Matt Menchell / Powell__ ATTY __RICHARD MOORE  pres__

Disc out - possible plea
motions due March 27.    @ 844

DEFT _____ CASE NO: _____

AUSA _____ ATTY _____

DEFT _____ CASE NO: _____

AUSA _____ ATTY _____

DEFT _____ CASE NO: _____

AUSA _____ ATTY _____

DATE __3/8/00__    TIME __11:00__