UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6029-CR-ROETTGER

UNITED STATES OF AMERICA, :

      Plaintiff, :

v. :

MARK NEUROHR, :

      Defendant. :



FILED by _____ D.C.
MAR 10 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### STATUS REPORT

A status conference was held in this cause on March 8, 2000. At that conference, the parties informed the Court as follows:

1. Discovery was mailed on the date of the status conference.

2. Counsel for the defendant shall have until March 27, 2000, within which to file pretrial motions.

3. There is a possibility that this case may be resolved by way of a plea.

DATED at Fort Lauderdale, Florida, this 10th day of March, 2000.

_____
LURANA S. SNOW
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Terrence Thompson (FTL)
Richard Moore, Esq.