UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6029-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              **O R D E R**

MARK NEUROHR,

    Defendant.
_____/



FILED by _____ D.C.
MAR 1 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

    THIS MATTER is before the Court upon the Report And Recommendation To District Judge (DE 21), filed herein by United States Magistrate Judge Barry S. Seltzer. No Objections to said Report And Recommendation have been filed herein.

    The Court has conducted a <u>de novo</u> review of the entire record herein and after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Report And Recommendation To District Judge (DE 21) filed herein by United States Magistrate Judge Barry S. Seltzer, be and the same is hereby approved, adopted and ratified by the Court;

    2. Plaintiff, United States of America's, Motion To Strike Notice Of Defendant's Choice Of Non-Lawyer Legal Assistant And

Motion To Dismiss/Quash (DE 22) be and the same is hereby **GRANTED**; and

    3.  Defendant's Notice of Non-Lawyer Legal Assistant (DE 12) and the Defendant's Motion To Dismiss/Quash (DE 13) pursuant to Local Rule 7.1.C.2 of the Local Rules of the United States District Court for the Southern District of Florida, be and the same are hereby **STRICKEN**.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___16th___ day of March, 2000.

                                           WILLIAM J. ZLOCH
                                           United States District Judge

Copies furnished:

The Honorable Barry S. Seltzer
United States Magistrate Judge

Matthew I. Menchel, Esq., AUSA
Richard Moore, Esq.