UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  00-6029-CR-ZLOCH
BROWARD DIVISION
Magistrate Judge Snow



UNITED STATES OF AMERICA
      PLAINTIFF

V.

MARK NEUROHR
      DEFENDANT


# UNOPPOSED  MOTION FOR EXTENSION OF TIME WITHIN

# WHICH TO FILE MOTIONS


The defendant moves for the instant relief and alleges as follows:

1.     This matter is presently set for calendar call on  4-7-00 for the trial period

    commencing 4-10-00.  This is the first trial setting.

2.     The undersigned recently spoke with the government regarding a

    continuance of the trial date, and undersigned counsel expects government

    counsel to file a joint motion to continue the trial date very soon.

3.     Pre-trial motions are due to be filed on or about 3-27-00.

4.     Undersigned counsel needs additional time to prepare motions attacking the

1

30

indictment.  The defendant had filed motions *pro-se*[1] that need to be
extensively reviewed, researched, put in proper form and filed.  The issues
involved are novel and require extraordinary time and effort.

5.    Counsel for the government does not object to the court granting an
extension of time for the defense  to file motions.

Wherefore, undersigned counsel requests an additional 45 days within
which to file pre-trial motions.

I certify that a copy of the foregoing was mailed to Matthew Menchel,
Esq.,500 Broward Blvd., #700, Ft. Lauderdale, Fla.  33301 this ___2 3___ day of
/1 ﬀ𝑒𝑐ℎ₂000.

Respectfully submitted,

Richard A. Moore
1 N.E.  2nd Ave., #200
Miami, Fla.  33132
305 3732336.  Fax 3053582503
FBN 248894
E-mail Ramesq@aol.com

---

[1]The *pro-se* motion to dismiss was dismissed by this court because it was not drafted in
compliance with local rules.

2