NIGHT BOX
FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAR 2 4 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: <u>00-6029-CR-ZLOCH</u> |
| Plaintiff, | ) | |
| v. | ) | Magistrate Judge Snow |
| MARC NEUROHR, | ) | |
| | ) | **JOINT MOTION FOR CONTINUANCE** |
| Defendants, | ) | |

Comes now the United States of America, by and through its undersigned Assistant United States Attorney, and moves this court for a short continuance of the trial in this cause and in support of this motion states as follows:

1. The undersigned Assistant United States Attorney is the assigned prosecutor in this case. The calendar call in this case is set for April 7, 2000, for the trial period commencing April 10, 2000.

2. In February 1999, the undersigned agreed to teach in a trial advocacy program for a government agency in New York City beginning the week of April 10, 1999 and also intended to use part of that week as a vacation. The undersigned is not expected back into the district until Tuesday April 18, 1999.

3. When the undersigned contacted counsel for the defendant to ascertain counsel's position regarding a motion to continue this case, counsel informed the undersigned that he will be out of the



31

district from April 20, 2000 to April 27, 2000 observing Passover and also is requesting a continuance until at least the middle of May, 2000.

4. As both parties are moving for this continuance, counsel for the defendant has agreed to waive any speedy trial claim that the granting of this motion may create.

Wherefore the United States and the defendant moves this Court for a continuance of the trial in this cause.

Respectfully Submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
MATTHEW MENCHEL
ASSISTANT UNITED STATES ATTORNEY
COURT ID NO. A5500407
500 E. BROWARD BLVD.
Fort Lauderdale, Florida 33394
(954) 356-7255

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded this 24th day of March 2000 via facsimile to: Richard A, Moore, Esq. at (305) 358-2503.

_____
MATTHEW MENCHEL
ASSISTANT UNITED STATES ATTORNEY

2