GRANTED: ☐   DENIED: ☒
COMMENTS: DENIED with leave to renew should the Court continue the trial date.

U.S. MAGISTRATE JUDGE BARRY S. SELTZER
DATE: 4/4/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6029-CR-ZLOCH
BROWARD DIVISION
Magistrate Judge Snow

UNITED STATES OF AMERICA
    PLAINTIFF
V.

MARK NEUROHR
    DEFENDANT



**UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN**

**WHICH TO FILE MOTIONS**

The defendant moves for the instant relief and alleges as follows:

1. This matter is presently set for calendar call on 4-7-00 for the trial period commencing 4-10-00. This is the first trial setting.

2. The undersigned recently spoke with the government regarding a continuance of the trial date, and undersigned counsel expects government counsel to file a joint motion to continue the trial date very soon.

3. Pre-trial motions are due to be filed on or about 3-27-00.

4. Undersigned counsel needs additional time to prepare motions attacking the

1