UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES


FILED by _____ D.C.
APR 07 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6029-CR-ZCC    DATE 4-7-00
CLERK Carline Newby           REPORTER Carl Schanzleh
PROBATION                     INTERPRETER

UNITED STATES OF AMERICA v. Mark Neurohr

U. S. ATTORNEY Matthew Menchel    DEFT COUNSEL Richard Moore

DEFENDANT:  PRESENT    NOT PRESENT    ON BOND    IN CUSTODY

REASON FOR HEARING Calendar Call

RESULT OF HEARING Deft's & Gov't's Joint mtn for continuance granted — all time excludable.

JUDGMENT

CASE CONTINUED TO         TIME         FOR

MISC 5-7 days Band