UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX
FILED
APR -

CLARENCE MAD...
CLERK, USDC/SDFL

| UNITED STATES OF AMERICA | ) | CASE NO. 00-6029-CR-ZLOCH |
|---|---|---|
| | ) | Magistrate Judge Snow |
| v. | ) | |
| | ) | |
| MARK J. NEUROHR | ) | |
| | ) | |
| Defendant. | ) | **GOVERNMENT'S FIRST SPEEDY TRIAL REPORT** |

Pursuant to Local Rule 88.5, the United States files its first Speedy Trial Report.

1. On February 1, 2000, the Indictment in the case at bar was filed against the defendant. Therefore, the speedy trial clock was triggered on February 1, 2000. 18 U.S.C. 3161(c)(1). Since that date the government has determined that, as of April 7, 2000, fourteen days of non-excludable time have elapsed. To date, there is one pending motion.

2. The following Speedy Trial Chart sets forth the proceedings that have occurred since February 1, 2000, resulting in excludable time under 18 U.S.C. 3161(h).

| EXCLUDABLE DATES | ACTIVITY | ELAPSED TIME | DAYS ELAPSED |
|---|---|---|---|
| 02/01/00 | Indictment | | |
| | | 02/02-02/06 | 5 |
| 02/07/99 | Initial Appearance | | |


35

| EXCLUDABLE DATES | ACTIVITY | ELAPSED TIME | DAYS ELAPSED |
|---|---|---|---|
| | | 02/08-02/10 | 3 |
| 02/11/00-03/16/00 | Defendant filed Motion to Dismiss and Motion for Non-Lawyer Legal Assistant on 2/11/00; Court issued order denying motions on 03/16/00 | | |
| | | 03/17-03/22 | 6 |
| 03/23/00-04/07/00 | Defendant filed Motion to Extend time to file motions on 3/23/00; Magistrate Judge denied motion on 04/04/00; Defendant filed 2nd Motion to Dismiss on 03/27/00; motion still pending. | | |
| **TOTAL TIME ELAPSED** | | | 14 |

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By  /s/ Matthew Menchel
Matthew Menchel
Assistant United States Attorney
Court ID No. 5500407
299 East Broward Boulevard
Fort Lauderdale, Florida 33301
Tel: 954-356-7255
Fax: 954-356-7228

2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Government's First Speedy Trial Report was mailed this 10th day of April 2000 to: Richard A. Moore, Esq., 1 N.E. 2nd Avenue, Suite 20, Miami, Florida 33132.

                                                Matthew Menchel
                                                Assistant United States Attorney