UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6029-CR-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

                              **ORDER GRANTING CONTINUANCE AND RESETTING TRIAL**

MARK NEUROHR,

        Defendant.

_____/

FILED by _____ D.C.

APR 1 8 2000

CLARENCE
CLERK
S.D. OF FLA. FT. LAUD

    THIS MATTER is before the Court for Calendar Call on April 7, 2000, and upon the Government's Joint Motion For Continuance, bearing Certificate of Service dated March 24, 2000, based upon the unavailability of counsel for the Government and the need of counsel for the Defendant Neurohr for additional time within which to prepare to properly defend this matter. The Court has carefully reviewed said Motion and being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** that the aforementioned Joint Motion For Continuance be and the same is hereby **GRANTED**. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a Speedy Trial.

    **IT IS FURTHER ORDERED AND ADJUDGED** that the above-styled cause

is hereby removed from the trial calendar of April 10, 2000 and is hereby reset for the two-week trial calendar commencing on Monday, May 22, 2000, at 9:30 a.m., in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida. Calendar Call is hereby set for Friday, May 19, 2000, at 9:00 a.m. in Courtroom A, United States Courthouse, Fort Lauderdale, Florida.

Any Motions For Continuance **must be filed** fourteen (14) days prior to Calendar Call.

The Court further finds that the delay resulting from the date of this continuance, April 7, 2000, through and including May 22, 2000, the date set for trial, or the date the trial commences, whichever is later, shall be deemed excludable time under Title 18, United States Code, § 3161(h)(8).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___18th___ day of April, 2000.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Matthew Menchel, Esq., AUSA

Richard A. Moore, Esq.
For Defendant Neurohr

2