UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00 - 6029 - CR-Zloch  DATE 5-19-00
CLERK Carline Newley  REPORTER Carl Schanzleh
PROBATION _____ INTERPRETER _____

UNITED STATES OF AMERICA v. Mark Neurohr

U. S. ATTORNEY Bertha Mitrani  DEFT COUNSEL Richard Moore
for Mendel

DEFENDANT:  PRESENT ___  NOT PRESENT ___  ON BOND ___  IN CUSTODY ___

REASON FOR HEARING Calendar Call

RESULT OF HEARING Ready

JUDGMENT _____

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC 4 days
Bard

39