UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6029-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                      **O R D E R**

MARK J. NEUROHR,

    Defendant.
_____/

THIS MATTER is before the Court upon the Defendant, Mark J. Neurohr's Motion To Dismiss Fatally Defective Indictment (DE 32). The court having carefully reviewed said Motion and the entire court file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Defendant's Motion (DE 32) be and the same is hereby **DENIED**. See U.S. v. Ward, 833 F.2d 1538 (11th Cir. 1988).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___25th___ day of May, 2000.

                                                        /s/ William J. Zloch
                                                  WILLIAM J. ZLOCH
                                                  United States District Judge

Copies furnished:

Matthew Menchel, Esq., AUSA
For Plaintiff

Richard A. Moore, Esq.
For Defendant