UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6029-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**O R D E R**

MARK J. NEUROHR,

    Defendant.
_____/

THIS MATTER is before the Court upon the Motion To Bring Electronic Equipment Into Courtroom, bearing file stamp of the Clerk of this Court dated May 25, 2000, filed herein by the Plaintiff, United States of America. The Court having carefully reviewed said Motion and the entire court file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Plaintiff's aforementioned Motion To Bring Electronic Equipment Into Courtroom, be and the same is hereby **GRANTED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this _____ day of May, 2000.

                              WILLIAM J. ZLOCH
                              United States District Judge

Copies furnished:

Matthew Menchel, Esq., AUSA
For Plaintiff

Richard A. Moore, Esq.
For Defendant