UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6029-CR-Zloch   DATE 6-5-00
CLERK Carline Newby    REPORTER Anita LaRocca
PROBATION    INTERPRETER

UNITED STATES OF AMERICA v. Mark J. Neurohr

U. S. ATTORNEY Matthew Menchel   DEFT COUNSEL Richard Moore

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Trial

RESULT OF HEARING Jury Selection

JUDGMENT

CASE CONTINUED TO 6-6-00   TIME 9:15   FOR Trial

MISC


45