JUN 0 6 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6029-CR-Zloch   DATE 6-6-00
CLERK Carline Newby   REPORTER Anita LaRocca
PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. Mark J. Neurohr

U. S. ATTORNEY Matthew Menchel   DEFT COUNSEL Richard Moore

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Trial

RESULT OF HEARING Jury Sworn - Opening Statements. Gov't's Case in Chief.

JUDGMENT

CASE CONTINUED TO 6/6/00   TIME 9:30   FOR Trial

MISC

