UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6029-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    **O R D E R**

MARK J. NEUROHR,

    Defendant.
_____/

THIS MATTER is before the Court upon the Defendant, Mark J. Neurohr's Motion To Dismiss, bearing file stamp of the Clerk of this Court dated June 7, 2000. The court having carefully reviewed said Motion and the entire court file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Defendant's aforementioned Motion To Dismiss be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this _____ day of June, 2000.

                                        /s/ William J. Zloch
                                        WILLIAM J. ZLOCH
                                        United States District Judge

Copies furnished:

Matthew Menchel, Esq., AUSA
For Plaintiff

Richard Moore, Esq.
For Defendant