JUN 0 7 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT LAUDERDALE DIVISION
CASE NO. 00-6029-ZLOCH

UNITED STATES OF AMERICA

VS.

MARK J. NEUROHR

### DEFENDANTS REQUESTED JURY INSTRUCTIONS

The defendant requests the court give the following instructions, numbered
# 20 only
____ through ____, to the jury in the trial herein.

I certify that a copy of the foregoing was hand delivered to AUSA

Matthew Menchel this __7__ day of __July__, 2000.

Respectfully submitted,

Richard A. Moore
1 NE 2nd Ave., #200
Miami, Fla. 33132
305 3732336



**DEFENDANT'S EXHIBIT** Narrow #20
CASE NO.
EXHIBIT NO.

Evidence of the mere failure to file an income tax return or to pay the tax owed does not alone constitute an "attempt to evade and defeat" a tax, as charged in the Indictment. Rather, in order to find the Defendant guilty, there must be proof beyond a reasonable doubt that the Defendant willfully committed some affirmative, positive act in an attempt to evade and defeat the tax due for the particular tax year in question.