JUN 0 7 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER __00-6029-CR-Zloch__ DATE __6/7/00__
CLERK __Carline Newby__         REPORTER __Anita W_____
PROBATION _____      INTERPRETER _____

UNITED STATES OF AMERICA V. __Mark J. Neurohr__

U. S. ATTORNEY __Matthew Menchel__   DEFT COUNSEL __Richard Moore__

DEFENDANT:  (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING __Gov'ts case-in-chief; Gov't rests; Deft's__
__R. 29 Motion; Ct. denies Deft's R. 29 Motion; Deft's case-__
__in-chief; Deft moves for mistrial; Court denies Deft's Motion for Mistrial.__
RESULT OF HEARING __Deft. rests; Deft. renews R. 29 Motion; Court__
__denies renewed Deft's R. 29 Motion; Charge Conference;__
__Gov't objects to Jury Instr., Deft objects to Jury Instructions;__
__Deft. + Gov't's objections to jury instructions over-ruled.__
JUDGMENT _____

CASE CONTINUED TO __6/8/00__   TIME __10:15__   FOR __Trial__

MISC _____