UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

JUN 8 2000

CASE NUMBER  00-6029-CR-Zloch   DATE 6/8/00
CLERK  Carlene Newby              REPORTER  Anita LaRocha
PROBATION                          INTERPRETER

UNITED STATES OF AMERICA  v. Mark J. Neurohr

U. S. ATTORNEY  Matthew Menchel    DEFT COUNSEL  Richard Moore

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Trial; Gov't's Closing argument; Deft's Closing Arguments; Ct instructs the jury; Prior objections to jury instructions are renewed and denied by the court; Jury begins deliberations;

RESULT OF HEARING Recess

JUDGMENT

CASE CONTINUED TO 6/12/00   TIME 9:15   FOR Jury Deliberations

MISC


53