# UNITED STATES EXHIBIT LIST

UNITED STATES V. MARK NEUROHR
CASE NO. 00-06029-CR-ZLOCH
HONORABLE WILLIAM ZLOCH, U.S. DISTRICT COURT JUDGE,
JUNE 5, 2000

ASSISTANT UNITED STATES ATTORNEY
MATTHEW MENCHEL
TRIAL EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION | WITNESS | ADMITTED |
|---|---|---|---|
| 1 - 0 | 1992 Tax Return | Gloria Jackson | 6/6/00 |
| 1 - 1 | 1993 Tax Return | Gloria Jackson | " |
| 1 - 2 | 1994 Tax Return | Gloria Jackson | " |
| 1 - 3 | 1995 Tax Return | Gloria Jackson | " |
| 1 - 4 | Mark Neurohr's Letter to IRS dated 10/28/96 Re: 1992-1995 Income Tax Returns | Gloria Jackson | " |
| 1 - 5 | IRS Correspondence Mark Neurohr dated 9/20/93 | Gloria Jackson | 6/6/00 |
| 1 - 5A | IRS Publication 1 | Gloria Jackson | " |
| 1 - 5B | IRS Publication 5 | Gloria Jackson | " |
| 1 - 6A-B | Notice of Deficiency | Gloria Jackson | " |
| 1 - 7 | Notice of Levy dated 7/12/92 | Gloria Jackson/Mark Antonio | 6/6/00 |
| 1 - 8 | Notice of Levy dated 11/20/94 | Gloria Jackson/Mark Antonio | " |
| 1 - 9A | Notice of Levy dated 10/12/96 | Gloria Jackson/Mark Antonio | " |
| 1 - 9B | Release of Levy dated 10/22/96 | Gloria Jackson/Mark Antonio | " |



## UNITED STATES EXHIBIT LIST

UNITED STATES V. MARK NEUROHR
CASE NO. 00-06029-CR-ZLOCH
HONORABLE WILLIAM ZLOCH, U.S. DISTRICT COURT JUDGE,
JUNE 5, 2000

ASSISTANT UNITED STATES ATTORNEY
MATTHEW MENCHEL
TRIAL EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION | WITNESS | ADMITTED |
|---|---|---|---|
| 1-10 | Transcript for 1996 Levy | Gloria Jackson | 6/6/00 |
| 1-11A | Certificates for Assessments 1985 | Gloria Jackson | " |
| 1-11B | Certificates for Assessments 1986 | Gloria Jackson | " |
| 1-11C | Certificates for Assessments 1987 | Gloria Jackson | " |
| 1-11D | Certificates for Assessments 1988 | Gloria Jackson | " |
| 1-11E | Certificates for Assessments 1989 | Gloria Jackson | " |
| 1-11F | Certificates for Assessments 1990 | Gloria Jackson | " |
| 1-11G | Certificates for Assessments 1991 | Gloria Jackson | " |
| 1-11H | Certificates for Assessments 1992 | Gloria Jackson | " |
| 1-11I | Certificates for Assessments 1993 | Gloria Jackson | " |
| 1-11J | Certificates for Assessments 1994 | Gloria Jackson | " |
| 1-11K | Certificates for Assessments 1995 | Gloria Jackson | " |
| 1-11L | Certificates for Assessments 1996 | Gloria Jackson | " |
| 1-11M | Certificates for Assessments 1997 | Gloria Jackson | " |
| 1-11N | Certificates for Assessments 1998 | Gloria Jackson | " |

## UNITED STATES EXHIBIT LIST

UNITED STATES V. MARK NEUROHR
CASE NO. 00-06029-CR-ZLOCH
HONORABLE WILLIAM ZLOCH, U.S. DISTRICT COURT JUDGE,
JUNE 5, 2000

ASSISTANT UNITED STATES ATTORNEY
MATTHEW MENCHEL
TRIAL EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION | WITNESS | ADMITTED |
|---|---|---|---|
| 1-11O | Certificates for Assessments 1999 | Gloria Jackson | 6/6/00 |
| 1-12A | Sample First Notice | Gloria Jackson | '' |
| 1-12B | Sample Second Notice | Gloria Jackson | '' |
| 1-12C | Sample Third Notice | Gloria Jackson | '' |
| 1-12D | Sample Fourth Notice | Gloria Jackson | '' |
| 2-1 | Correspondence from Mark Neurohr to City of Hallandale dated 8/1/92 Re: Levy | Mark Antonio LYNDA SHARKITS | '' |
| 2-2 | Notice of Levy dated 11/20/94 Stamped Refused for Cause w/o Dishonor | Mark Antonio LYNDA SHARKITS | '' |
| 2-3 | Correspondence from Mark Neurohr to City of Hallandale dated 12/28/94 | Mark Antonio LYNDA SHARKITS | 6/6/00 |
| 2-4 | Letter from Mark Neurohr to Finance Dept. received 12/3/92 | Mark Antonio LYNDA SHARKITS | '' |
| 2-5 | City of Hallandale 1991 W-4 | Mark Antonio LYNDA SHARKITS | 6/6/00 |
| 2-6 | City of Hallandale 1992 W-4 dated 12/3/92 | Mark Antonio | '' |

# UNITED STATES EXHIBIT LIST

UNITED STATES V. MARK NEUROHR
CASE NO. 00-06029-CR-ZLOCH
HONORABLE WILLIAM ZLOCH, U.S. DISTRICT COURT JUDGE.
JUNE 5, 2000

ASSISTANT UNITED STATES ATTORNEY
MATTHEW MENCHEL
TRIAL EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION | WITNESS | ADMITTED (Y/N) |
|---|---|---|---|
| 2-7 | City of Hallandale 1993 W-4 and note from Neurohr | Linda Shaarts | 6/6/00 |
| 2-8A | City of Hallandale 1994 W-4 dated 2/1/94 | Mark Antonio | c |
| 2-8B | City of Hallandale 1994 W-4 dated 2/12/94 | Mark Antonio | c |
| 2-9A | City of Hallandale 1995 W-4 | Mark Antonio | c |
| 2-9B | City of Hallandale 1996 W-4 | Mark Antonio | c |
| 2-9C | City of Hallandale 1997 W-4 | Mark Antonio | c |
| 2-9D | City of Hallandale 1998 W-4 | Mark Antonio | c |
| 2-10A | City of Hallandale 2000 W-4 | Mark Antonio | c |
| 2-10B | City of Hallandale 2000 W-4 | Mark Antonio | c |
| 2-11A | City of Hallandale W-2 1993 | Mark Antonio | c |
| 2-11B | City of Hallandale W-2 1994 | Mark Antonio | c |
| 2-11C | City of Hallandale W-2 1995 | Mark Antonio | c |
| 2-11D | City of Hallandale W-2 1992 | Mark Antonio | c |
| 2-12 | 1993 Payroll Checks for City of Hallandale | " | " |
| 2-13 | 1994 Payroll Checks for City of Hallandale | " | " |

# UNITED STATES EXHIBIT LIST

UNITED STATES V. MARK NEUROHR
CASE NO. 00-06029-CR-ZLOCH
HONORABLE WILLIAM ZLOCH, U.S. DISTRICT COURT JUDGE,
JUNE 5, 2000

ASSISTANT UNITED STATES ATTORNEY
MATTHEW MENCHEL
TRIAL EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION | WITNESS | ADMITTED |
|---|---|---|---|
| 2-14 | 1995 Payroll Checks for City of Hallandale | | |
| 2-15A-E | Affidavit from Mark Neurohr declaring U.S. Citizenship and accompanying documents | ~~Mark Antonio~~ LYNDA SHARIS | 6/6/00 |
| 8-2 | OPINION BENSON V. MCMEMBER | NEUROHR | 6/7/00 |
| 8-3 | CERNOR V. U.S. - OPINION | " | " |
| 8-4 | JACK BOIT Co. V. MC FARLAND | " | " |
| 8-5 | LETTER | " | |
| 8-6 | SIMS V. U.S. | " | |
| 8-7 | JUDGEMENT CONVICTION | HOLLINGSWORTH | 6/7/00 |
| 3-1A | 1994 W-4 North Ridge Hospital | Stipulation / ~~Ann White~~ | |
| 3-1B | 1995 W-4 North Ridge Hospital | Stipulation / ~~Ann White~~ | 6/6/00 |
| 3-2A | 1994 W-2 North Ridge Hospital | Stipulation / ~~Ann White~~ | " |
| 3-2B | 1995 W-2 North Ridge Hospital | Stipulation / ~~Ann White~~ | " |
| 8-1 | PAPERS RE: ATROCITY CHARGES NEUROHR | | |

UNITED STATES V. MARK NEUROHR
CASE NO. 00-06029-CR-ZLOCH
HONORABLE WILLIAM ZLOCH, U.S. DISTRICT COURT JUDGE,
JUNE 5, 2000

# UNITED STATES EXHIBIT LIST

ASSISTANT UNITED STATES ATTORNEY
MATTHEW MENCHEL
TRIAL EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION | WITNESS | ADMITTED (Y/N) |
|---|---|---|---|
| 4-1A | Letter to Mark Neurohr from Robert DeCosmo | Stipulation / ~~Elizabeth Campell~~ | 6/6/00 |
| 4-1B | 1994 W-4 Broward Community College | Stipulation / ~~Elizabeth Campell~~ | c |
| 4-2A | 1994 W-2 Broward Community College | Stipulation / ~~Elizabeth Campell~~ | c |
| 4-2B | 1995 W-2 Broward Community College | Stipulation / ~~Elizabeth Campell~~ | c |
| | | | |
| | | | |
| | | | |
| 5-1 | Bank records for Mark Neurohr Hollywood Federal | Stipulation / ~~Mary Pooler~~ | 6/6/00 |
| | | | |
| 6-1 | Revenue Agent Report | Robert Fishman | 11 |