AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
v.
MARK J. NEUROHR

1st TRIAL

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6029-CR-ZLOCH

| PRESIDING JUDGE WILLIAM J. ZLOCH | PLAINTIFF'S ATTORNEY MATTHEW MENCHEL | DEFENDANT'S ATTORNEY RICHARD MOORE |
|---|---|---|
| TRIAL DATE(S) 6/5/00 | COURT REPORTER ANITA LA ROCCA | COURTROOM DEPUTY CARLINE NEWBY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/7/00 | 6/7/00 | 6/7/00 | CORNERSTONES OF FREEDOM |
| 2 | | | | | THE DISFENDANT |
| 3 | | | | | IRS HUMBUG |
| 4 | | | | | BIGGEST TAX LOOPHOLE OF ALL |
| 5 | | | | | VULTURES IN EAGLES CLOTHING |
| 6 | | | | | GOOD NEWS |
| 7 | | | | | GOOD-BY APRIL 15 |
| 8 | | | | | THE BEST KEPT SECRET |
| 9 | | | | | FREE AT LAST |
| 10 | | ↓ | ↓ | ↓ | THE FEDERAL ZONE |
| 11 | | " | " | " | INTERNAL REVENUE CODE |
| 20 | | " | " | 6/7/00 | LETTER - A → IRS |
| 25 | | " | " | " | "   -  "  " |
| 50 | | " | " | " | VARIOUS POSTERS |

56