UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

JUN 1 2 2000

CASE NUMBER 00-6029-CR-ZLOCH  DATE 6/12-00

CLERK Carline Newby   REPORTER Paul Haferling; Robert Rykoff

PROBATION _____  INTERPRETER _____

UNITED STATES OF AMERICA v. Mark J. Neurohr

U. S. ATTORNEY Matthew Menchel   DEFT COUNSEL Richard Moore

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Jury Deliberations; Jury reaches impasse

RESULT OF HEARING Jury reaches impasse; Ct gives modified Allen charge; Note from jury

JUDGMENT

CASE CONTINUED TO 6/13/00   TIME 9:00 a.m.  FOR Deliberation

MISC Jury note attached

57

June 12, 2000
1:00 PM.

Judge,
    We the jury have been deadlocked since thursday afternoon and have not been able to resolve our differences.

Jury Foreman,
Gregory M. Doerk