UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

JUN 13 2000

CASE NUMBER  00-6029-CR-ZLOCH    DATE 6/13/00

CLERK  Carline Newby           REPORTER Jerry Reeves

PROBATION                       INTERPRETER

UNITED STATES OF AMERICA  v.  Mark J. Neurohr

U. S. ATTORNEY Matthew Menchel   DEFT COUNSEL Richard Moore

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Trial

RESULT OF HEARING Jury deliberations; Jury sends out note; Gov't & Deft. move for mistrial; Ct grants motions for mistrial; Jury excused;

JUDGMENT

CASE CONTINUED TO June 20, 2000  TIME 10 am   FOR Jury Selection

MISC Jury note attached

58

Judge Zloch,

We have a deadocked and hung jury. Some individuals have held their stand and convictions since June 8th and are irrevocable in their beliefs.

Sincerely and Respectfully,
Gregory M. Dueck
Jury Foreman