IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

UNITED STATES OF AMERICA,
  Plaintiff,

vs.                                             Case No. 00-6029
                                                CR-Zloch
                                                Magistrate-Snow

MARK J. NEUROHR,
  Defendant.

_____/

# VERIFIED MOTION
# TO REMOVE COURT APPOINTED ATTORNEY

COMES NOW the Accused Mark J. Neurohr who respectfully moves this Court for an order, forthwith, removing Richard Moore as the court appointed attorney ordered to represent me in my defense of the charged under the Government's indictment.

As grounds for this motion to remove the court appointed attorney, the Accused does testify as follows:

1.   Since the mistrial, my attorney and I have not met once to review my case and prepare for another trial although I have repeatedly asked him to meet with me.

2.   Prior to the 1st trial, my attorney spent very little time preparing himself or me for trial.



3. I completely lost confidence in my attorney's willingness and desire to aggressively represent me when he recently told me he had priorities higher than my case and that he was "wasting his time" sitting around the courthouse for three days waiting for a verdict and being paid only $300 per day.

4. My attorney told me that he can not afford to live on $300 per day and had to spend his time on "other more important" cases than mine.

5. I lost confidence in my attorney's willingness and desire to aggressively represent me when he recently urged me to take the Government's offer of a felony plea agreement in spite of the fact that we both knew that the hung jury voted 6-6.

6. Since the mistrial, my attorney has been indifferent and unwilling to take the time to meet with me by phone or in person to prepare me for a 2nd trial.

7. It is obvious to me that my attorney is not interested in advocating my case and will only do at minimum what he is required to do by this Court.

8. My life and liberty are at stake in the proceeding and I expect and am entitled to, as a matter of right, an attorney who trusts in and believes in me which I do not have in my court appointed attorney at present.

**FURTHER AFFAINT SAYETH NAUGHT.**

## RELIEF REQUESTED

WHEREFORE the Accused respectfully requests that the Court enter an order forthwith removing Richard Moore as my court appointed attorney and that the Accused be given leave to find and interview other attorneys who are willing and able to vigorously represent him.

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of June 2000, a copy of the foregoing was hand delivered to the persons named below.

**ATTEST**

I do hereby attest and affirm under the pains and penalties of perjury and pursuant to 28 USC §1746, that the foregoing statements are true and correct.

Respectfully submitted this _19_ day of _June_ 2000 by

_/s/ Mark R. Neurohr_
Mark R. Neurohr
THE ACCUSED

**COPIES TO**

Matthew Menchel
Assistant United States Attorney
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394