UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6029-CR-Zloch    DATE 6-20-00
CLERK Carline Newby    REPORTER Carl Schanzleh
PROBATION _____    INTERPRETER _____

UNITED STATES OF AMERICA v. Mark S. Neuroh

U. S. ATTORNEY Matthew Menchel   DEFT COUNSEL Richard Moore

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Mtn to Remove Court appointed Attorney

RESULT OF HEARING H. John Williams appeared and will take Neuroh's case if continuance is granted as retained Atty - Deft moved for continuance of Trial -

JUDGMENT Deft mtn for Continuance granted - All time excludable until trial actually commences - Mr. Moore allowed to withdraw -

CASE CONTINUED TO _____  TIME _____ FOR _____

MISC _____

61