UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6029-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

        V.                              O R D E R

MARK J. NEUROHR

    Defendant

---

THIS MATTER is before the Court upon Verified Motion To Remove Court Appointed Attorney (filed June 19, 2000). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion be and the same is hereby GRANTED. Richard Moore is hereby allowed to withdraw.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of June, 2000.

                                          WILLIAM J. ZLOCH
                                          United States District Judge

cc:
Matthew Menchel, Esq., AUSA
Robert Moore, Esq.
H. Dohn Williams, Esq.