COPIES NOT PROVIDED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARK NEUROHR,

    Defendant.
_____/

CASE NO. 00-6029-CR-ZLOCH



FILED by _____ D.C.
JUN 2 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## NOTICE OF APPEARANCE

COMES NOW the Defendant, MARK NEUROHR, by and through the undersigned attorney, and informs the Court that H. DOHN WILLIAMS, JR. P.A., will be representing the above-named Defendant.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed and/or hand-delivered and/or faxed on ___6/23___, 2000 to;

Matthew Menchel
United States Attorney's Office
500 E. Broward Blvd., 7th floor
Fort Lauderdale, FL 33301

        H. DOHN WILLIAMS, JR., P.A.
        P.O. Box 1722
        Fort Lauderdale, FL 33302
        (954) 523-5432

        By: _____
            H. DOHN WILLIAMS, JR.
            Fla. Bar No. 166087

D:\clients\neurohr\na

COPIES NOT PROVIDED

64