UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-66029-CR-ZLOCH
BROWARD DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MARK NEUROHR
Defendant,

_____

**MOTION FOR REDACTION OF PAYMENT VOUCHER PURSUANT TO**

**18 USC §3006 (d)(4)(D)**

COMES NOW undersigned counsel, and submits the following:

1. Counsel is submitting a CJA voucher, having tried the matter before this court.

2. The trial was mis-tried, because the jury could not agree, and the matter is set for re-trial. The defendant has obtained new counsel.

3. Disclosure of voucher contents un-redacted could jepordize the defendants sixth amendment right to effective representation of counsel, and also counsels work product privilege.

1

4. The foregoing are listed exceptions when detailed voucher contents are not made public, pre-trial, in section 3006A(d)(4)(D).

WHEREFORE, Defendant requests this Honorable Court to redact the details of the voucher submitted by undersigned counsel.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this ___11___ day of ___July___, 2000 to Mathew Menchel, AUSA, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, Fla. 33394.

> RESPECTFULLY SUBMITTED
> RICHARD A. MOORE
> 1 NE 2nd Ave., #200
> Miami, Fla. 3313
> 305-3732336
>
> By: _____
>       RICHARD A. MOORE

2