1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 00-6029-CR-ZLOCH

UNITED STATES OF AMERICA, :
:
:
vs. :
:
MARK J. NEUROHR, :
:
       Defendant. :
_____:

Tuesday, June 6, 2000
Fort Lauderdale, Florida

EXCERPT of TESTIMONY of GOVERNMENT WITNESSES

from

JURY TRIAL

BEFORE THE HONORABLE WILLIAM J. ZLOCH

APPEARANCES:

For the Government:     MATTHEW MENCHEL,
                        Assistant U.S. Attorney

For the Defendant:      RICHARD MOORE, ESQ.

Official Court Reporter: ANITA LaROCCA
                         299 E. Broward Boulevard
                         Fort Lauderdale, Florida

THIS VOLUME:
Pages 1 - 197



**TRANSCRIPT NOT SCANNED**

**PLEASE REFER TO COURT FILE**