UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 00-6029-CR-ZLOCH

UNITED STATES OF AMERICA,   :
                            :
vs.                         :
                            :
MARK J. NEUROHR,            :
                            :
        Defendant.          :
_____:

Wednesday, June 7, 2000
Fort Lauderdale, Florida


EXCERPT of TESTIMONY of MARK J. NEUROHR

from

JURY TRIAL

BEFORE THE HONORABLE WILLIAM J. ZLOCH


APPEARANCES:

For the Government:        MATTHEW MENCHEL,
                           Assistant U.S. Attorney

For the Defendant:         RICHARD MOORE, ESQ.


Official Court Reporter:   ANITA LaROCCA
                           299 E. Broward Boulevard
                           Fort Lauderdale, Florida

THIS VOLUME:
Pages 1 - 199

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**