TCA:tca

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NOS. 99-425-CR-DAVIS (s)
00-17-CR-LENARD
00-6029-CR-~~WD~~ Zloch

UNITED STATES OF AMERICA,

-vs-

OSVALDO FERNANDEZ
_____/

### GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTIONS TO PRE-SENTENCING INVESTIGATION REPORT

COMES NOW the United States of America, by and through the undersigned Assistant U.S. Attorney, and responds to Defendant OSVALDO FERNANDEZ's Objections to the Pre-Sentencing Investigation Report as follows:

1.  Preliminary matters:

The government has received information regarding a trust account held by Osvaldo Fernandez, Sr., for the benefit of the Defendant. Records received by the government indicate that the account in question had a balance of at least $100,000 on 01/29/00. See Attachment. Accordingly, the government asserts that Defendant can pay a fine. Despite this, the Defendant has advised the US Probation Office that he has no assets. Further, the Defendant has only reported a $500 per month Social Security disability payment as his only income since 1981.

In light of the fact that by his plea the Defendant acknowledged receiving not less than $350,000 during the course of this conspiracy, and the accumulation of over



$100,000.00 in cash prior to the date on which he was incarcerated, the Defendant must have been mistaken about the extent of the disclosures required by his plea agreement and the Pre-Sentence investigation process. The government has advised counsel for the Defendant of its concerns, and received assurances that the Defendant has or will make the necessary disclosures. Therefore, the government has assumed that the Defendant can clarify any misunderstandings concerning his finances prior to sentencing.

On the basis of that assumption, the government suggests that the following adjustments are appropriate in light of the plea agreement. However, the following responses are contingent upon the Defendant living up to his obligations under the plea agreement, including the obligation to make a complete financial disclosure to the government and the probation office.

2. Defendant's Objection regarding USSG § 3D1.4, ¶ 53, p. 16:

The parties have agreed to the grouping calculations made by the USPO. However, the parties request that the individual grouping units be revised to reflect the terms of the plea agreement. In that regard, grouping calculation should correspond to the following:

|  | Adjusted Levels | Units |
|---|---|---|
| Group One | 23 | 1 |
| Group Two | 8 | 0 |
| Group Three | 24 | 1 |
| Total Number of Units | 2 |  |
| Greatest Adjusted Offense Level | 24 | 24 |
| Increase in Offense Level |  | 2 |
| Combined Adjusted Offense Level |  | 26 |
| Adjustment for Acceptance of Responsibility |  | -3 |
| Total Offense Level |  | 23 |

Per the plea agreement, ¶ 12, p. 6., the government has agreed that it will not oppose defendant's request that the sentences for each group run concurrently. However, in light of the foregoing grouping calculation, concurrency is irrelevant.

3. Objections regarding USSG § 2B1.1, ¶ 55 p. 17, and USSG § 3B1.1, ¶ 59, p. 17:

Per the plea agreement, ¶¶ 9.a and 9.d, p. 4-5., the government has agreed that it will not oppose defendant's recommendation that the loss amount is $350,000, or that he receive 3 level increase for his role in the offense. With the other recommendations in the plea agreement, the Adjusted Offense Level for Group One is 23, being 3 levels less than the USPO's calculation.

4. Defendant's Objection regarding USSG § 2K2.1(b)(1)(A), ¶ 69, p. 18:

Per the plea agreement, ¶ 10.a, p. 6, the government has agreed that it will not recommend a 1 level increase for possession of 3-4 firearms. The government has not agreed that there was only one firearm involved in the offense. Rather, it has agreed that it will not recommend an 1 level enhancement for the three rifles owned by the defendant and found at the scene of the shooting. The government's facts are consistent with the USPO interpretation. Therefore, the government does not concur in the defense's factual representation concerning the number of weapons involved in this felon in possession charge. Nevertheless, assuming that the Court accepts the defense's representations in this objection, with the other recommendations in the plea agreement, the Adjusted Offense Level for Group Three is 24, being 1 level less than the USPO's calculation.

5. Defendant's Objection regarding USSG § 3D1.4, ¶ 74, p. 19:

Please see government response number 1, supra.

6.   Defendant's Objection regarding USSG § 3D1.4, ¶ 75, p. 19:

Please see government response number 1, supra.

7.   Defendant's Objection regarding USSG § 3D1.4, ¶ 77, p. 19:

Please see government response number 1, supra.

8.   Defendant's Objection regarding USSG § 3D1.4, ¶ 79, p. 19:

Please see government response number 1, supra.

9.   Defendant's Objection regarding USSG § 3D1.4, ¶ 80, p. 19:

Please see government response number 1, supra.

10.   Defendant's Objection regarding USSG § 3D1.4, ¶ 83, p. 19:

Per the plea agreement, ¶ 8, p. 4, the government has agreed that it will not oppose defendant's motion for a three level reduction for acceptance of responsibility.

11.   Defendant's Objection regarding Defendant's Background, ¶ 86, p. 20:

The government objects to the defense's factual allegations. PSI ¶ 86 is consistent with the facts to which the defendant pleaded guilty, and with the government's information.

12.   Defendant's Objection regarding Defendant's Background, ¶ 88, p. 21:

The government objects to the defense's factual allegations. PSI ¶ 88 is consistent with the facts to which the defendant pleaded guilty, and with the government's information.

13.   Defendant's Objection regarding Defendant's Background, ¶ 88, p. 25:

The government has no objection to these additional facts so long as the defense provides a certified of the divorce decree to the government and the USPO.

14.   Defendant's Objection regarding USSG § 5K2.2, ¶ 120, p. 28:

Per the plea agreement, ¶ 11.b, p. 6, the government has agreed that it will not seek an upward departure under section § 5K2.2 of the USSG.  Nevertheless, the USPO's

position is consistent with all the information that the government has received. The defense's representations have not and cannot be proven, and are irrelevant to the fact that the defendant caused Maria Del Carmen Sanchez a/k/a Leslie Castro a significant gunshot wound. In turn, treatment of Ms. Castro's wound resulted in a significant insurance claim against Osvaldo Fernandez' insurance policy.

15.   Government's Objection regarding Financial Condition and ability to pay, PSI ¶ 111, p. 26:

WHEREFORE, provided that the employment and asset information are clarified, the government respectfully requests that the PSI be amended as set forth herein, and that the defendant be sentenced accordingly. In the event the financial matters are not clarified, the government respectfully requests that the sentencing be reset in order to allow the PSI to be adjusted by removing the benefits bestowed by the plea agreement.

Respectfully submitted,

**GUY A. LEWIS**
**UNITED STATES ATTORNEY**

By:   *[signature]*

Terrence C. Ayala
Assistant United States Attorney
Florida Bar No. 875971
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9293
Fax: (305) 530-7139

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by United States mail this 19th day of July, 2000, to:

Humberto Dominguez, Esq.
1101 Brickell Ave.
Miami, Florida 33131
Fax: (305) 371-2234

Michael Blacker, Esq.
Law Offices of Michael Blacker, P.A.
701 Brickell Ave., Suite 2080
Miami, Florida 33131
Fax: (305) 373-8550

Terrence C. Ayala
Assistant United States Attorney

cc:   Senior Special Agent John Hucke, Diplomatic Security Service, State Dept.
Special Agent George Belsky, BATF
John W. Galvin, Postal Inspector, U.S. Postal Service
R. Kelly Kutright, U.S. Probation Office

A T T A C H M E N T

NationsBank, N.A.
Regional Center
P.O. Box 31019
Tampa, FL 33631-3019

Page 1 of 2
Statement Period
01-22-99 through 02-18-99
Number of checks enclosed: 4
B 13 0 C 13                0157806

Account Number: 0034 3233 6378

OSVALDO F FERNANDEZ ITF
OSVALDO F FERNANDEZ JR
P O BOX   661214
MIAMI SPRINGS, FL   33266

See Back for Change of Address

## Customer Service Information

For additional information or service, you may call:
1-800-299-BANK Telephone Banking
1-800-299-2265
1-800-688-6086 En Español

Or you may write to:
NationsBank, N.A.
P.O. Box 25118
Tampa, Florida   33622-5118

## Money Market Savings

OSVALDO F FERNANDEZ ITF         OSVALDO F FERNANDEZ JR

### Your Account at a Glance

| | |
|---|---|
| Account Number ......................................... 0034 3233 6378 | |
| Beginning Balance on 01-22-99.................. $   63,782.05 | *Annual Percentage Yield Earned this Statement* |
| Deposits and Other Additions.............+   48,348.23 | *Period: 4.00%* |
| Checks Posted......................................  -   27,760.00 | *Interest Paid Year to Date: $483.76* |
| ATM and Debit Card Subtractions.... -    2,006.00 | |
| Service Charges and Other Fees........ -        5.75 | |
| Ending Balance on 02-18-99........................ $   82,358.53 | |

### Money Market Savings Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 01-26 | 40,098.45+ | 103,880.50 | Counter Credit |
| 01-27 | 603.00- | 103,277.50 | Bankatlant    01/26 #000006834 Withdrwl |
| | | | 500 SW 177Th Aven  Miami       FL |
| 01-27 | 1.25- | 103,276.25 | Bankatlant    01/26 #000006834 Withdrwl |
| | | | 500 SW 177Th Aven  Miami    FL   Fee |
| 01-29 | 603.00- | 102,673.25 | Bankatlant    01/28 #000007474 Withdrwl |
| | | | 500 SW 177Th Aven  Miami       FL |
| 01-29 | 1.25- | 102,672.00 | Bankatlant    01/28 #000007474 Withdrwl |
| | | | 500 SW 177Th Aven  Miami    FL   Fee |
| 02-01 | 14,170.00- | 88,502.00 | Check     1012 |
| 02-04 | 20.00- | 88,482.00 | Check      122 |
| 02-04 | 2.00- | 88,480.00 | Fee For Statement Copy Requested |

NationsBank, N.A.
Regional Center
P.O. Box 31019
Tampa, FL 33631-3019

H
Page 2 of 2
Statement Period
01-22-99 through 02-18-99
Number of checks enclosed: 4
B 13 0 C 13

Account Number: 0034 3233 6378

OSVALDO F FERNANDEZ ITF
OSVALDO F FERNANDEZ JR

## Money Market Savings Additions and Subtractions

| Date Posted | Amount($) | Resulting Balance($) | Transaction |
|---|---|---|---|
| 02-04 | 1.25- | 88,478.75 | Bankatlant 02/04 #000002573 Bal Inq Fee 500 SW 177Th Aven |
| 02-05 | 8,000.00- | 80,478.75 | Check 123 |
| 02-08 | 8,000.00+ | 88,478.75 | Deposit |
| 02-12 | 200.00- | 88,278.75 | NationsBank ATM 02/12 #000003300 Withdrwl Ocean Dr Bc #1 Hwd FL |
| 02-12 | 5,570.00- | 82,708.75 | Check 1013 |
| 02-16 | 600.00- | 82,108.75 | NationsBank ATM 02/15 #000002954 Withdrwl W Tamiami Bc #1 Miami FL |
| 02-18 | 249.78+ | 82,358.53 | Interest Earned |

## Checks Posted in Numerical Order

| Check Number | Date Posted | Amount($) | Check Number | Date Posted | Amount($) |
|---|---|---|---|---|---|
| 122 | 02-04 | 20.00 | 1012* | 02-01 | 14,170.00 |
| 123 | 02-05 | 8,000.00 | 1013 | 02-12 | 5,570.00 |

Total Checks Posted                                                $27,760.00

*The asterisk shows a break in the check number order. Your check may have been in a previous statement or may still be outstanding.

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Beginning | 63,782.05 | 02-01 | 88,502.00 | 02-12 | 82,708.75 |
| 01-26 | 103,880.50 | 02-04 | 88,478.75 | 02-16 | 82,108.75 |
| 01-27 | 103,276.25 | 02-05 | 80,478.75 | 02-18 | 82,358.53 |
| 01-29 | 102,672.00 | 02-08 | 88,478.75 | | |