UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

MARK NEUROHR,

      Defendant.
_____/

CASE NO. 00-6029-CR-ZLOCH

### DEFENDANT'S REQUEST FOR JURY INSTRUCTIONS
### RE: LESSER INCLUDED OFFENSES

COMES NOW the Defendant, Mark Neurohr, by and through the undersigned attorney, and moves the Court to instruct the jury on lesser included offenses as follows:

1.    The Indictment charges the Defendant with tax evasion contrary to 26 U.S.C. § 7201. Each count of the indictment alleges the Defendant committed the offense by filing a false income tax return. Filing a false income tax return, contrary to 26 U.S.C. § 7206, is a lesser included offense of tax evasion by means of filing a false income tax return. *United States v. Lodwick, 410 F.2d 1202, 1206 (8th Cir.)*, cert. denied, *396 U.S. 841 (1969)*.

2.    The Indictment charges the Defendant with tax evasion contrary to 26 U.S.C. § 7201. Each count of the indictment alleges the Defendant committed the offense by otherwise concealing and attempting to conceal from all proper officers of the United States his true and correct income and tax due thereon. As evidenced by the first trial, the government will introduce evidence: (1) that the Defendant did not file an income tax return for the tax years charged in the Indictment; (2) that the Defendant did not file for an extension of time in which to file the income tax returns; and (3) that the Defendant did not file an income tax return for the years charged until long after all the income tax returns were due. In other words, the Defendant

attempted to conceal his true and correct income by not filing an income tax return. The misdemeanor offense of failure to file an income tax return, contrary to 26 U.S.C. § 7203, is a lesser included offense of tax evasion where the failure to file is included as proof of tax evasion. *United States v. Newman, 468 F.2d 791, 796 (5th Cir. 1972),* cert. denied, *411 U.S. 905 (1973).*

WHEREFORE the Defendants prays that the Court instruct the jury on the concept of lesser included offenses, as well as the lesser included offenses set forth above, and attached hereto.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed and/or faxed and/or hand delivered on July 26, 2000, to:

Matthew Menchel
Assistant United States Attorney
500 E. Broward Blvd. 7th floor
Fort Lauderdale, FL 33301

Matthew Menchel
Assistant United States Attorney
99 Northeast 4th Street, Suite 700
Miami, FL 33132

                              H. DOHN WILLIAMS JR. P.A.
                              721 N.E. 3rd Avenue
                              Fort Lauderdale, FL 33304
                              954-523-5432; 527-5565 (fax)

By: _____
       H. Dohn Williams Jr.
       Fla. Bar # 0166087

C:\clients\neurohr\juryinstruction.1

**Lesser Included Offense**

In some cases the law which a Defendant is charged with breaking actually covers two separate crimes - - one is more serious than the second, and the second is generally called a "lesser included offense." So, in this case, with regard to the offenses charged in Count 1, 2, and 3, if you should find the Defendant "not guilty" of that crime as defined in these instructions, you should then proceed to decide whether the Defendant is guilty or not guilty of the lesser included offenses of filing a false income tax return, or failing to file an income tax return.

### False Tax Return 26 USC § 7206

Title 26, United States Code, Section 7206, makes it a Federal crime or offense for anyone to willfully file a Federal income tax return knowing it to be false in some material way.

The Defendant can be found guilty of that offense only if all of the following facts are proved beyond a reasonable doubt:

First: That the Defendant filed an income tax return that was false in a material way as charged in the indictment; and

Second: That the Defendant did so knowingly and willfully, as charged.

A declaration is "false" if it was untrue when made and was then known to be untrue by the person making it. A declaration contained within a document is "false" if it was untrue when the document was used and was then known to be untrue by the person using it.

A declaration is "material" if it relates to a matter of significance or importance as distinguished from a minor, insignificant or trivial detail. It is not necessary, however, that the Government be deprived of any tax by reason of the filing of the false return, or that it be shown that additional tax is due, only that the Defendant willfully filed a materially false return.

### Failure To File Tax Return 26 USC § 7203

Title 26, United States Code, Section 7203, makes it a Federal crime or offense for anyone to willfully fail to file a federal income tax return when required to do so by the Internal Revenue laws or regulations.

The Defendant can be found guilty of that offense only if all of the following facts are proved beyond a reasonable doubt:

First: That the Defendant was required by law or regulation to make a return of his income for the taxable year charged;

Second: That the Defendant failed to file a return at the time required by law; and

Third: That the Defendant's failure to file the return was willful.

A person is required to make a federal income tax return for any tax year in which he has gross income in excess of $_____.

"Gross income" includes the following: (1) Compensation for services, including fees, commissions and similar items; (2) Gross income derived from business; (3) Gains derived from dealing in property; (4) Interest; (5) Rents; (6) Royalties; (7) Dividends; (8) Alimony and separate maintenance payments; (9) Annuities; (10) Income from life insurance and endowment contracts; (11) Pensions; (12) Income from discharge of indebtedness; (13) Distributive share of partnership gross income; (14) Income in respect of a decedent; and (15) Income from an interest in an estate or trust.

The Defendant is a person required to file a return if the Defendant's gross income for any calendar year exceeds    even though the Defendant may be entitled to deductions from that income in a sufficient amount so that no tax is due. So, the Government is not required to prove that a tax was due and owing, or that the Defendant intended to evade or defeat payment of taxes, only that the Defendant willfully failed to file the return.