UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6029-CR-Zloch   DATE 7-28-00
CLERK Carline Newby   REPORTER Carl Schanzleh
PROBATION                                  INTERPRETER

UNITED STATES OF AMERICA v. Mark Nevrohr

U. S. ATTORNEY Matthew Menchel   DEFT COUNSEL H. Dohn Williams

DEFENDANT:   PRESENT ___   NOT PRESENT ___   ON BOND ___   IN CUSTODY ___

REASON FOR HEARING Calendar Call

RESULT OF HEARING Standby - Aug 1 - 9:30

JUDGMENT

CASE CONTINUED TO _____   TIME _____   FOR _____

MISC 3-4 days

73