RECEIVED by DKTG
AUG 2...

FILED by D.C.
AUG 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM J. ZLOCH
### CRIMINAL MINUTES

CASE NUMBER  00-6029-CR-Zloch   DATE 8-7-00

CLERK Carline Newby   REPORTER Carl Schanzleh

PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. Matt Neurohr

U. S. ATTORNEY Matthew Menchel   DEFT COUNSEL H. Dohn Williams
Kirk Ogrosky

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING  Trial

RESULT OF HEARING  Jury Selection - Opening Statement by gov't - Deft reserves opening statement - Gov't's Case in Chief

JUDGMENT _____

CASE CONTINUED TO 8-8-00   TIME 8:45   FOR Trial

MISC _____

75