UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by ___ D.C.
AUG 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6029-CR-Zloch    DATE 8-9-00
CLERK Carolyn Newby              REPORTER Carl Schanzleh
PROBATION                        INTERPRETER

UNITED STATES OF AMERICA v. Mark Newachr

U. S. ATTORNEY Matthew Mendel   DEFT COUNSEL H. Dohn Williams
              Kirk Ogrosky

DEFENDANT: (PRESENT)  NOT PRESENT   (ON BOND)  IN CUSTODY

REASON FOR HEARING  Trial

RESULT OF HEARING  Gov't's Case in Chief;
Gov't rests; Deft.'s Rule 29 Motion;

JUDGMENT

CASE CONTINUED TO 8/10/00    TIME 9:15   FOR Trial

MISC


81