AO 187 (Rev. 7/87) Exhibit and Witness List  ©

$D \, ef \, 1$

AUG 1 0 2000

CLARENCE MADDUX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

MARK J. NEUROHR

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6029-CR-ZLOCH

| PRESIDING JUDGE WILLIAM J. ZLOCH | | PLAINTIFF'S ATTORNEY MATTHEW MENCHEL | | DEFENDANT'S ATTORNEY H. DOHN WILLIAMS | |
|---|---|---|---|---|---|
| TRIAL DATE(S) 8/7/00 | | COURT REPORTER CARL SCHANZLEH | | COURTROOM DEPUTY CARLINE NEWBY | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 8/10/00 | 8/8/00 | 8/10/00 | COMPUTER PRINT-OUT - 1993, 1994, 1995 |
| | 3 | 8/8/00 | " | 8/8/00 | LETTER- IRS → TAXPAYER - 7/25/00 |
| | 5 | | 8/9/00 | | IRS PUBLICATION #15 |
| | 4 | 8/10/00 | " | 8/9/00 | COPY OF SECTION OF CFR |
| | 6 | 8/9/00 | " | 8/9/00 | "    "    CHAPTER 3 |
| | 7 | 8/10/00 | 8/10/00 | | COPY OF 26 USC 3401(a) |
| | 2 | | 8/10/00 | | COPY 23 C ASSESSMENT CERT. |
| | | | | | |
| | | | X | | ALL A EXHIBITS RETURNED |
| | | | | | TO H. DOHN WILLIAMS, ESQ |