# UNITED STATES EXHIBIT LIST

UNITED STATES V. MARK NEUROHR
CASE NO. 00-0029-CR-ZLOCH
HONORABLE WILLIAM ZLOCH, U.S. DISTRICT COURT JUDGE,
AUGUST 7, 2000

ASSISTANT UNITED STATES ATTORNEY
MATTHEW MENCHEL
TRIAL EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION | WITNESS | ADMITTED |
|---|---|---|---|
| 1 - 0 | 1992 Tax Return | Miriam Smith | 8/8/00 |
| 1 - 1 | 1993 Tax Return | Miriam Smith | |
| 1 - 2 | 1994 Tax Return | Miriam Smith | |
| 1 - 3 | 1995 Tax Return | Miriam Smith | |
| 1 - 4 | Mark Neurohr's Letter to IRS dated 10/28/96 Re: 1992-1995 Income Tax Returns | Miriam Smith | |
| 1 - 5 | IRS Correspondence Mark Neurohr dated 9/20/93 | Miriam Smith | 8/8/00 |
| 1 - 5A | IRS Publication 1 | Miriam Smith | |
| 1 - 5B | IRS Publication 5 | Miriam Smith | |
| 1 - 6A-B | Notice of Deficiency | Miriam Smith | '' |
| 1 - 7 | Notice of Levy dated 7/12/92 | Miriam Smith/Mark Antonio | 8/8/00 |
| 1 - 8 | Notice of Levy dated 11/20/94 | Miriam Smith/Mark Antonio | '' |
| 1 - 9A | Notice of Levy dated 10/12/96 | Miriam Smith/Mark Antonio | '' |
| 1 - 9B | Release of Levy dated 10/22/96 | Miriam Smith/Mark Antonio | '' |
| 1 -10 | Transcript for 1996 Levy | Robin Stillwagon | 8/9/00 |



FILED by ____ D.C.
AUG 10 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| UNITED STATES EXHIBIT LIST | | | |
|---|---|---|---|
| UNITED STATES V. MARK NEUROHR<br>CASE NO. 00-0629-CR-ZLOCH<br>HONORABLE WILLIAM ZLOCH, U.S. DISTRICT COURT JUDGE,<br>AUGUST 7, 2000 | | ASSISTANT UNITED STATES ATTORNEY<br>MATTHEW MENCHEL<br>TRIAL EXHIBIT LIST | |
| EXHIBIT NUMBER | DESCRIPTION | WITNESS | ADMITTED |
| 1-11A | Certificate for Assessments 1985 | Miriam Smith | 8/9/00 |
| 1-11B | Certificate for Assessments 1986 | Miriam Smith | |
| 1-11C | Certificate for Assessments 1987 | Miriam Smith | |
| 1-11D | Certificate for Assessments 1988 | Miriam Smith | |
| 1-11E | Certificate for Assessments 1989 | Miriam Smith | |
| 1-11F | Certificate for Assessments 1990 | Miriam Smith | |
| 1-11G | Certificate for Assessments 1991 | Miriam Smith | |
| 1-11H | Certificate for Assessments 1992 | Miriam Smith | |
| 1-11I | Certificate for Assessments 1993 | Miriam Smith | |
| 1-11J | Certificate for Assessments 1994 | Miriam Smith | |
| 1-11K | Certificate for Assessments 1995 | Miriam Smith | |
| 1-11L | Certificate for Assessments 1996 | Miriam Smith | |
| 1-11M | Certificate for Assessments 1997 | Miriam Smith | |
| 1-11N | Certificate for Assessments 1998 | Miriam Smith | |
| 1-11O | Certificate for Assessments 1999 | Miriam Smith | ← |

# UNITED STATES EXHIBIT LIST

UNITED STATES V. MARK NEUROHR
CASE NO. 00-06029-CR-ZLOCH
HONORABLE WILLIAM ZLOCH, U.S. DISTRICT COURT JUDGE,
AUGUST 7, 2000

ASSISTANT UNITED STATES ATTORNEY
MATTHEW MENCHEL
TRIAL EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION | WITNESS | ADMITTED |
|---|---|---|---|
| 1-12A | Sample First Notice | Miriam Smith | 8/8/00 |
| 1-12B | Sample Second Notice | Miriam Smith | |
| 1-12C | Sample Third Notice | Miriam Smith | |
| 1-12D | Sample Fourth Notice | Miriam Smith | |
| 2-1 | Correspondence from Mark Neurohr to City of Hallandale dated 8/1/92 Re: Levy | Mark Antonio | |
| 2-2 | Notice of Levy dated 11/20/94 Stamped Refused for Cause w/o Dishonor | Mark Antonio | |
| 2-3 A | Correspondence from Mark Neurohr to City of Hallandale dated 12/28/94 | Mark Antonio | |
| 2-3 B | Letter from Mark Golstein to Mark Neurohr dated 1/5/95 | Mark Antonio | |
| 2-4 | Letter from Mark Neurohr to Finance Dept. received 12/3/92 | Mark Antonio | 8/8/00 |
| 2-5 | City of Hallandale 1991 W-4 | Mark Antonio | 8/8/00 |
| 2-6 | City of Hallandale 1992 W-4 dated 12/3/92 | Mark Antonio | '' |
| 2-7 | City of Hallandale 1993 W-4 and note from Neurohr | Mark Antonio | '' |

UNITED STATES EXHIBIT LIST

UNITED STATES V. MARK NEUROHR
CASE NO. 00-06029-CR-ZLOCH
HONORABLE WILLIAM ZLOCH, U.S. DISTRICT COURT JUDGE,
AUGUST 7, 2000

ASSISTANT UNITED STATES ATTORNEY
MATTHEW MENCHEL
TRIAL EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION | WITNESS | ADMITTED |
|---|---|---|---|
| 2-8A | City of Hallandale 1994 W-4 dated 2/1/94 | Mark Antonio | 8/8/00 |
| 2-8B | City of Hallandale 1994 W-4 dated 2/12/94 | Mark Antonio | |
| 2-9A | City of Hallandale 1995 W-4 | Mark Antonio | |
| 2-9B | City of Hallandale 1996 W-4 | Mark Antonio | |
| 2-9C | City of Hallandale 1997 W-4 | Mark Antonio | |
| 2-9D | City of Hallandale 1998 W-4 | Mark Antonio | |
| 2-10A | City of Hallandale 2000 W-4 | Mark Antonio | ← |
| 2-10B | City of Hallandale 2000 W-4 | Mark Antonio | |
| 2-11A | City of Hallandale W-2 1993 | Mark Antonio | |
| 2-11B | City of Hallandale W-2 1994 | Mark Antonio | |
| 2-11C | City of Hallandale W-2 1995 | Mark Antonio | |
| 2-11D | City of Hallandale W-2 1992 | Mark Antonio | ← |
| 2-12 | 1993 Payroll Checks for City of Hallandale | Mark Antonio | 8/8/00 |
| 2-13 | 1994 Payroll Checks for City of Hallandale | Mark Antonio | |
| 2-14 | 1995 Payroll Checks for City of Hallandale | Mark Antonio | ← |

# UNITED STATES EXHIBIT LIST

UNITED STATES V. MARK NEUROHR
CASE NO. 00-0629-CR-ZLOCH
HONORABLE WILLIAM ZLOCH, U.S. DISTRICT COURT JUDGE,
AUGUST 7, 2000

ASSISTANT UNITED STATES ATTORNEY
MATTHEW MENCHEL
TRIAL EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION | WITNESS | ADMITTED |
|---|---|---|---|
| 2-15A-E | Affidavit from Mark Neurohr declaring U.S. Citizenship and accompanying documents | Mark Antonio | 8/8/00 |
| 1-13 | TRANSCRIPTS OF ACCOUNT | MIRIAM SMITH | 8/8/00 |
| 114 | LITTITER - 1RS → A | '' | |
| 115 | '' - IRS → A | '' | |
| 2-16 | IRS PUBLICATION N | MARK ANTONIO | 8/8/00 |
| | | | |
| | | | |
| 3-1A | 1994 W-4 North Ridge Hospital | Stipulation / Ann White | 8/9/00 |
| 3-1B | 1995 W-4 North Ridge Hospital | Stipulation / Ann White | '' |
| 3-2A | 1994 W-2 North Ridge Hospital | Stipulation / Ann White | '' |
| 3-2B | 1995 W-2 North Ridge Hospital | Stipulation / Ann White | '' |
| | | | |
| | | | |

# UNITED STATES EXHIBIT LIST

UNITED STATES V. MARK NEUROHR
CASE NO. 00-0629-CR-ZLOCH
HONORABLE WILLIAM ZLOCH, U.S. DISTRICT COURT JUDGE,
AUGUST 7, 2000

ASSISTANT UNITED STATES ATTORNEY
MATTHEW MENCHEL
TRIAL EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION | WITNESS | ADMITTED |
|---|---|---|---|
| 4-1A | Letter to Mark Neurohr from Robert DeCosmo | Stipulation / Elizabeth Campell | 8/9/00 |
| 4-1B | 1994 W-4 Broward Community College | Stipulation / Elizabeth Campell | ↓ |
| 4-2A | 1994 W-2 Broward Community College | Stipulation / Elizabeth Campell | l / |
| 4-2B | 1995 W-2 Broward Community College | Stipulation / Elizabeth Campell | l / |
| 5-1 | Bank records for Mark Neurohr Hollywood Federal | Stipulation / Many Rubal | |
| 6-1 | Revenue Agent Report | Robert Fishman | 8/9/00 |
| 6-2 | Florida Marriage Record | Robert Fishman | 8/9/00 |
| 7-1 | Passport Application for Mark Neurohr | John Hucke | 8/9/00 |

# UNITED STATES EXHIBIT LIST

UNITED STATES V. MARK NEUROHR
CASE NO. 00-0629-CR-ZLOCH
HONORABLE WILLIAM ZLOCH, U.S. DISTRICT COURT JUDGE,
AUGUST 7, 2000

ASSISTANT UNITED STATES ATTORNEY
MATTHEW MENCHEL
TRIAL EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION | WITNESS | ADMITTED |
|---|---|---|---|
| 8-1 | Disbarment Richard Barnwell Clarkson | | |
| 8-2 | Eisner v. Macomber | | |
| 8-3 | Conner v. U.S. | | |
| 8-4 | Jack Cole Co. v. Macfarland | | |
| 8-6 | Edgar B. Simms v. U.S. | | |
| 8-7 | Certified J & C Richard Barnwell Clarkson | | |