UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 00-6029-CR-ZLOCH

      Plaintiff,

vs.

MARK NEUROHR,

      Defendant.
_____/

## MOTION FOR JUDGMENT OF ACQUITTAL RE: COUNTS 1, 2 AND 3 AND MOTION THAT THE CASE BE SUBMITTED TO THE JURY ON THE LESSER INCLUDED OFFENSES OF FAILURE TO FILE A TAX RETURN

COMES NOW the Defendant, Mark Neurohr, by and through the undersigned attorney, pursuant to Rule 29, and moves the Court for a judgment of acquittal as to counts 1, 2 and 3, wherein he is charged with income tax evasion for the tax years 1993, 1994 and 1995. The Defendant moves the Court to submit the case to the jury on the lesser included offenses of failure to file an income tax return.

### LEGAL ARGUMENT

In counts 1, 2 and 3, the Defendant is charged with income tax evasion, in violation of § 26 U.S.C. 7201. In his previously filed motions, the Defendant has moved the Court to grant a judgment of acquittal on the grounds that he government's proof that the Defendant owed taxes was insufficient: (1) because the government failed to introduce evidence that a tax was due and owing for 1994 and 1995 (i.e. a Form 23C tax assessment was not made for the tax years 1994 and 1995); and (2) because the government's proof of a Form 23C Date was questionable as to the 1993 tax year.



The dilemma over the "23C Date" can be resolved by the Court granting a judgment of acquittal as to the crimes charged (tax evasion), and submitting the case to the jury on the lesser included offenses of failure to file an income tax return. Depending on the circumstances of the case, the misdemeanor offense of failure to file an income tax return, contrary to 26 U.S.C. § 7203, is a lesser included offense of tax evasion. *United States v. Newman, 468 F.2d 791, 796 (5th Cir. 1972)*, cert. denied, *411 U.S. 905 (1973)*. A taxpayer can be convicted of the misdemeanor of willfully failing to file an income tax return without proof that any tax was assessed or owing. See *26 U.S.C. § 7303; United States v. Richards, 723 F.2d 646 (8th Cir. 1983)*.

## CONCLUSION

Submitting the case to the jury on the lesser included offenses of failure to file an income tax return moots the Form 23C argument, but gives the government an opportunity to convict the Defendant of three criminal offenses.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed and/or faxed and/or hand delivered on August _10_, 2000, to:

Matthew Menchel
Assistant United States Attorney
500 E. Broward Blvd. 7th floor
Fort Lauderdale, FL 33301

> H. DOHN WILLIAMS JR. P.A.
> 721 N.E. 3rd Avenue
> Fort Lauderdale, FL 33304
> 954-523-5432; 527-5565 (fax)
>
> By: _____
> H. Dohn Williams Jr.
> Fla. Bar # 0166087

C:\clients\neurohr\acquittal.3