UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6029-CR-ZLOCH

        Plaintiff,

vs.

MARK NEUROHR,

        Defendant.
_____/

## DEFENDANT'S REQUEST FOR A SPECIAL JURY INSTRUCTION RE: TAX DEFICIENCY

    COMES NOW the Defendant, Mark Neurohr, by and through the undersigned attorney, and moves the Court for a special jury instruction regarding the element of a tax deficiency.

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was mailed and/or faxed and/or hand delivered on August __10__, 2000, to:

Matthew Menchel
Assistant United States Attorney
500 E. Broward Blvd. 7th floor
Fort Lauderdale, FL 33301

                H. DOHN WILLIAMS JR. P.A.
                721 N.E. 3rd Avenue
                Fort Lauderdale, FL 33304
                954-523-5432; 527-5565 (fax)

        By: _____
                H. Dohn Williams Jr.
                Fla. Bar # 0166087

C:\clients\neurohr\specialjuryinst



**JURY INSTRUCTION**

The elements of tax evasion are willfulness; the existence of a tax deficiency, and an affirmative act constituting an evasion or attempted evasion of the tax. The Defendant asserts that the government has not established a tax deficiency for the tax years 1994 and 1995 as required by law.

A tax deficiency is established by a procedure known as an assessment. An assessment is a prescribed procedure for officially recording the amount of a taxpayer's) tax liability. The meaning of the term assessment contemplates the recordation by the Internal Revenue Service (IRS) of the liability of a taxpayer or the determination of the amount due as tax. The assessment is the IRS's determination that the taxpayer owes income taxes to the government.

The procedure for making an income tax assessment is as follows. The IRS must first mail a notice of deficiency to the taxpayer by certified or registered mail. Once this notice has been mailed, the taxpayer has ninety (90) days in which to file a petition in the Tax Court. Until the ninety (90) days have passed, the IRS cannot make an assessment. If the taxpayer does not file a petition in the Tax Court within the specified time, the IRS makes an assessment.

An assessment is made by recording the liability of the taxpayer in the office of the Treasury Secretary in accordance with the rules and regulations established by the Secretary of the Treasury. The IRS makes assessments by having a duly designated official from the district office or the regional tax center, known as an assessment officer, fill out and sign a "summary record of assessment" also known as a Form 23C. The Form 23C identifies the taxpayer, the type of tax owed, the taxable period, and the amount of the assessment.