

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.                          CASE NUMBER:00-6029-CR-ZLOCH

MARK J. NEUROHR                    **VERDICT**

WE, THE JURY, FIND:  the defendant MARK J. NEUROHR

As to Count I          ___guilty___
                       GUILTY/NOT GUILTY

As to Count II         ___guilty___
                       GUILTY/NOT GUILTY

As to Count III        ___guilty___
                       GUILTY/NOT GUILTY

as charged in the indictment.

So say we all.

___[signature]___          ___8-10-2000___
FOREPERSON                      DATE

