UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

AUG 10 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6029-CR-Zloch    DATE 9/10/00
CLERK Carline Newby    REPORTER Carl Schanzleh
PROBATION _____    INTERPRETER _____

UNITED STATES OF AMERICA v. Mark J. Newrohr

U. S. ATTORNEY Matthew Menchel; DEFT COUNSEL H. Dohn Williams
Kirk Ogrosky
DEFENDANT: (PRESENT)    NOT PRESENT    (ON BOND)    IN CUSTODY

REASON FOR HEARING Trial

RESULT OF HEARING Deft's R. 29 Motion continues; Deft's R. 29 Motion denied; Ct. vquires as to Deft's decision not to testify; Ct finds that Deft has made a knowing, voluntary, and intelligent waiver of his right to testify; Charge Conference; Deft rests; Deft renews R.29 Motion. Ct
JUDGMENT denies renewed R. 29 Motion; Go vt's closing arg. Deft's closing argument; Deft moves for mistrial; Ct denies Deft's motion for mistrial; Ct instructs jury; jury deliberations; jury verdict; Deft guilty as to all counts; jury polled - verdict unanimous;
CASE CONTINUED TO 10/27/00    TIME 10:30 a.m FOR Sentencing
Ct. adjudges the Deft guilty as to all counts; Deft continued on bond;
MISC Jury note attached

89

Your Honor:
We have reach a unanimous verdict.

*[signature]* 8-10-00
foreperson  1:15 pm