UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6029-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARK NEUROHR,

    Defendant.
_____/

O R D E R



THIS MATTER is before the Court upon the Defendant, Mark Neurohr's, Motion For New Trial, Including A Motion For Judgment Of Acquittal Notwithstanding The Verdict, bearing file stamp of the Clerk of this Court dated August 15, 2000. The Court has carefully reviewed said Motion and after due consideration, it is

**ORDERED AND ADJUDGED** that the Defendant Neurohr's Motion For New Trial, Including A Motion For Judgment Of Acquittal Notwithstanding The Verdict be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___16th___ day of August, 2000.

                                  /s/ William J. Zloch
                                 WILLIAM J. ZLOCH
                                 Chief United States District Judge

Copies furnished:

Matthew Menchel, Esq., AUSA

H. Dohn Williams Jr., Esq.
For Defendant Neurohr