UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,                CASE NO. 00-6029-CR-ZLOCH

        Plaintiff,

vs.

MARK NEUROHR,

        Defendant.
_____/

## OBJECTION(S) TO PRE-SENTENCE INVESTIGATION REPORT

COMES NOW the Defendant, Mark Neurohr, by and through the undersigned attorney, and files this objection to the pre-sentence investigation report (PSI). The Defendant objects as follows:

1. The PSI calculates the Defendant's adjusted offense level as 14 based on a tax loss calculation of $72,749. §2T4.1(I). The Defendant contends that the tax loss calculation ranges between $40,000 and $69,999.99, so his adjusted offense level is 13. §2T4.1(H).

2. An offense level of 14, criminal history category of 1, calls for a sentencing range of 15-21 months, whereas an offense level of 13, criminal history category 13 calls for a sentencing range of 12-18 months.

3. The Defendant's objection is moot if the Court sentences the Defendant to a term of incarceration of 18 months or less, because the sentence is within the range prescribed for level 13.

4. The Defendant did not make an acceptance of responsibility statement, because the commentary to §3E1.1 provides that this reduction is not intended to apply to a defendant who put the government to the burden of going to trial. This position is borne out in the PSI



94

wherein the report states, "(he)...put the government to its burden of proof at trial. Therefore, the defendant does not qualify for an adjustment pursuant to §3E1.1."

WHEREFORE the Defendant prays that the Court grant his objection, or in the alternative that the Court sentence him to a term of imprisonment of 18 months or less.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed and/or faxed and/or hand delivered on September 26, 2000 to:

Matthew Menchel
Assistant United States Attorney
500 E. Broward Blvd. 7th floor
Fort Lauderdale, FL 33301

Georgann Stanley
U.S. Probation Dept.
299 E. Broward Blvd. #409
Fort Lauderdale, FL 33301

> H. DOHN WILLIAMS JR. P.A.
> P.O. Box 1722
> Fort Lauderdale, FL 33302
> 954-523-5432; 527-5565 (fax)
>
> By: _____
> H. Dohn Williams Jr.
> Fla. Bar # 0166087

C:\clients\neurohr\psiobjections.1