UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                        CASE NO.  00-6029-CR-ZLOCH

                  Plaintiff,

vs.

MARK NEUROHR,

                  Defendant.
_____/

## NOTICE RE: CHANGE OF OFFICE ADDRESS

COMES NOW H. Dohn Williams Jr. P.A. and files this notice of change of office

address:

H. DOHN WILLIAMS JR. P.A.
NEW WORLD TOWER
100 BISCAYNE BLVD. #2402
MIAMI, FL 33132
(954) 523-5432

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed and/or faxed and/or hand

delivered on September 29, 2000, to:

Matthew Menchel
Assistant United States Attorney
500 E. Broward Blvd. 7th floor
Fort Lauderdale, FL 33301

                           H. DOHN WILLIAMS JR. P.A.
                           721 N.E. 3rd Avenue
                           Fort Lauderdale, FL 33304
                           954-523-5432; 527-5565 (fax)

                           By: _____
                               H. Dohn Williams Jr.
                               Fla. Bar # 0166087

C:\clients\neurohr\change