FILED by _____ D.C.
OCT 27 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6029-Cr-Zloch  DATE 10-27-00
CLERK Carline Newby   REPORTER Carl Schanzlel
PROBATION Georgann Stanley   INTERPRETER _____

UNITED STATES OF AMERICA  v. Mark S. Neuroter

U. S. ATTORNEY Matthew Menchel   DEFT COUNSEL H. Dohn Williams

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING  Sentencing

RESULT OF HEARING  Deft withdrew objections. Cts 1 & 2 & 3 — 18 months custody of BOP as to each count to run concurrently with each other - 3 yRS supervised release to
JUDGMENT  run Concurrently - Spec Conds - Provide full financial disclosure - Cooperate with IRS re tax liabilities - File accurate income tax Returns -

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC  $300 assessment - Execution of Sentence deferred until Noon 1-5-01 —