DEFENDANT: MARK J. NEUROHR
CASE NUMBER: 00-6029-CR-ZLOCH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of   18 months as to each of counts one, two and three to be served concurrently with each other.

☐ The court makes the following recommendations to the Bureau of Prisons:

Defendant surrendered/was delivered on 1-5-01 to the Federal Prison Camp, Maxwell AFB, Alabama

_C. J. DeRose Warden_
Warden, FPC, Maxwell AFB, Alabama

_(signature)_
Receiving Officer, FPC, Maxwell AFB, Alabama

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ a.m./p.m. on _____ .
   ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☒ before ~~2 p.m. on~~ noon 1/05/01 .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal