PROB 12B  
(SD/FL 9/96)  
Mark Neurohr  
Docket No. 00-6029-CR-Zloch

SD/FL PACTS No. 62703

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. <u>00-6029-Cr-Zloch</u>

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: **Mark J. Neurohr**

Name of Sentencing Judicial Officer: **The Honorable William J. Zloch, Chief U.S. District Judge, Fort Lauderdale, Florida**

Date of Original Sentence: **October 27, 2000**

Original Offense: **Income Tax Evasion, 26 USC § 7201, a Class D felony**

Original Sentence: **18 months incarceration as to Counts One, Two and Three to be served concurrently with each other. Three years supervised release with the Special Conditions that the defendant shall provide complete access to all financial information, including disclosure of all business and personal finances, to the U.S. Probation Officer. Further, the defendant shall cooperate fully with the Internal Revenue Service in determining any tax liabilities related to the prosecution of this case. The defendant shall provide to the Internal Revenue Service all requested documents and information for purposes of civil audits, examinations, collections, or other proceedings. The defendant shall file accurate income tax returns for the prosecution years and pay all taxes, interest and penalties due and owing by him to the Internal Revenue Service**

Type of Supervision: **Supervised Release**     Date Supervision Commenced: **April 23, 2002**

---

## PETITIONING THE COURT

[x] To modify the conditions of supervision as follows:

**The defendant shall participate in the Home Detention/Electronic Monitoring Program for a period of 60 days. During this time, the defendant shall remain at his/her place of residence except for employment and other activities approved in advance by the U.S. Probation Officer. The defendant shall maintain a telephone at his/her place of residence without "call forwarding," "call waiting," "caller ID," "call back/call block" services or a modem for the above period. The defendant shall wear an electronic monitoring device and follow the electronic monitoring procedures specified by the U.S. Probation Officer.**

PROB 12B  
(SD/FL 9/96)  
Mark Neurohr  
Docket No. 00-6029-CR-Zloch

SD/FL PACTS No. 62703

**In addition, the defendant shall pay cost of electronic monitoring at a rate to be determined by the U.S. Probation Officer based on ability to pay.**

## CAUSE

| Violation Number | Nature of Noncompliance |

1. **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about April 23, 2002, the supervised releasee submitted a urine specimen which tested positive for the presence of **Cocaine** in our local laboratory and was subsequently confirmed positive by Pharm Chem Laboratories, Incorporated. The defendant has admitted to said use and has freely and voluntarily signed an admission.

2. **Violation of Standard Condition**, by failing to follow the instructions of the probation officer. On May 6 and 9, 2002, the supervised releasee failed to report as instructed for scheduled urinalysis.

Respectfully submitted,

by Albert Torres  
U.S. Probation Officer  
Phone: 954-769-5514  
Date: May 28, 2002

Reviewed by _____  
Eugenie D. Huft, Supervising  
U.S. Probation Officer

THE COURT ORDERS:

[ ] No Action  
[ ] The Extension of Supervision as Noted Above  
[X] The Modification of Conditions as Noted Above  
[ ] Submit a Request for _ Warrant or _ Summons

_____  
Signature of Judicial Officer

6/10/02  
_____  
Date